**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    THE COUNTY OF SANTA CLARA,              No. C-05-3740 MMC

12             Plaintiff,                     **ORDER OF RECUSAL**

13       v.

14    ASTRA USA, INC., et al.,

15             Defendants
      _____/

16

17         I, the undersigned Judge of the Court, finding myself disqualified in the above-

18    entitled action, hereby recuse myself from this case and request that the case be

19    reassigned pursuant to the provisions of the Assignment Plan.

20         All pending dates of motions, pretrial conferences and trial are hereby vacated and

21    are to be reset by the newly assigned Judge.

22         **IT IS SO ORDERED.**

23

24    Dated:  September 19, 2005                _____
                                               MAXINE M. CHESNEY
25                                             United States District Judge

26

27

28