IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, | No. C-05-3740 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| ASTRA USA, INC., et al., | |
| Defendants | |

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: September 19, 2005

                                            MAXINE M. CHESNEY
                                            United States District Judge