1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     PAUL J. RIEHLE  (SBN 115199) paul.riehle@sdma.com
2    MATTHEW A. FISCHER  (SBN 191451) matthew.fischer@sdma.com
     One Market Plaza
3    Steuart Tower, 8th Floor
     San Francisco, California 94105
4    Telephone: (415) 781-7900
     Facsimile: (415) 781-2635
5
6    Attorneys for Defendant Bristol-Myers Squibb
     Company

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   - SAN FRANCISCO DIVISION -

11

12   THE COUNTY OF SANTA CLARA, On          CASE NO.  C 05-03740 WHA
     Behalf of Itself and All Others Similarly
13   Situated,

14              Plaintiff,                   **STIPULATION AND [PROPOSED]
                                             ORDER EXTENDING THE TIME FOR
15        v.                                 ALL DEFENDANTS TO RESPOND TO
                                             THE COMPLAINT**
16   ASTRA USA, INC.,  ASTRAZENECA
     PHARMACEUTICALS LP, AVENTIS
17   PHARMACEUTICALS INC., BAYER
     CORPORATION, BRISTOL-MYERS
18   SQUIBB COMPANY, BURROUGHS
     WELLCOME CO., GLAXO WELLCOME
19   INC., PFIZER INC., SCHERING-
     PLOUGH CORPORATION, TAP
20   PHARMACEUTICAL PRODUCTS INC.,
     WYETH-AYERST LABORATORIES,
21   INC., ZENECA INC., ZLB BEHRING
     LLC, and DOES 1 through 100, inclusive.
22
                Defendants.
23

24   ///

25   ///

26   ///

27   ///

28   ///

_____

1    PURSUANT TO LOCAL RULE 6.2, counsel for Plaintiff and counsel for Defendants

2    submit this stipulation and proposed order regarding the timing of Defendants' responses to

3    Plaintiff's Complaint.

4    WHEREAS, Plaintiff filed the Complaint in this action in the Superior Court for the

5    County of Alameda on August 16, 2005;

6    WHEREAS, on September 15, 2005, Defendants removed this case to the United States

7    District Court for the Northern District of California;

8    WHEREAS, on September 20, 2005, the case was reassigned to the Honorable William

9    H. Alsup for all further proceedings;

10    WHEREAS, Defendants' time to respond to the Complaint is "within 20 days after the

11    receipt through service or otherwise of a copy of the initial pleading . . . or within 5 [business]

12    days after the filing of the petition for removal, whichever period is longest" pursuant to Fed.

13    Rules of Civ. Proc. 6(a), 81(c);

14    WHEREAS, Plaintiff has not decided whether to file a motion to remand;

15    WHEREAS, pursuant to 28 U.S.C. §1447(c), Plaintiff has thirty (30) days after the

16    removal notice was filed in federal court to file a motion to remand;

17    WHEREAS, Defendants intend to file one or more motions to dismiss under Fed. R. Civ.

18    Proc. 12(b), as well as perhaps other responsive pleadings;[1]

19    WHEREAS, the parties believe it would be in the best interests of the parties and the

20    Court to postpone the filing by Defendants of their responses to the Complaint until after

21    Plaintiff's motion to remand, if any, has been decided; and

22    WHEREAS, this is the first request to the Court by the parties in this action for an

23    extension of time.

24    IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

25    respective counsel, that the time of any Defendant to respond to the Complaint in this Court is

26

27    [1] By filing this stipulation and proposed order, Defendants do not submit to personal jurisdiction. On the contrary, one or more Defendants may challenge the Court's exercise of personal jurisdiction in this matter by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2).

28

SF/1287235v3

1   extended until either thirty (30) days after the Court rules on a motion to remand by Plaintiff or

2   thirty (30) days after Defendants receive written notice that Plaintiff has decided not to file a

3   motion to remand, whichever comes first.  For the foregoing reasons, the parties respectfully

4   request that the Court approve the requested extension of time.

5

6   DATED:  September 21, 2005          LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
7                                       PATRICK J. COUGHLIN
                                        JACQUELINE E. MOTTEK
8                                       AELISH M. BAIG
                                        JENNIE LEE ANDERSON
9
                                                S\ Jacqueline Mottek
10                                      _____
                                        JACQUELINE E. MOTTEK
11                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  941111
12                                      Tel:  (415) 288-4545 / Fax: (415) 288-4534

13                                      HAGENS BERMAN LLP
                                        STEVE W. BERMAN
14                                      1301 Fifth Ave., Suite 2900
                                        Seattle, WA 98101
15                                      Tel:  (206) 623-7292 / Fax: (206) 623-0594

16                                      OFFICE OF SANTA CLARA COUNTY COUNSEL
                                        ANN MILLER RAVEL
17                                      70 W. Heading Street
                                        9th Floor East Wing
18                                      San Jose, CA 95110
                                        Tel: (408) 299-5900 / Fax: (408) 292-7240
19
                                        Attorneys for Plaintiff
20                                      THE COUNTY OF SANTA CLARA

21  DATED:  September 21, 2005          ARNOLD & PORTER, LLP
                                        SHARON DOUGLASS MAYO
22
                                                S\ Sharon Douglass Mayo
23                                      _____
                                        SHARON DOUGLASS MAYO
24                                      90 New Montgomery Street, Suite 600
                                        San Francisco, CA  94105
25                                      Tel.: 415.356.3000 / Fax:  415.356.3099

26                                      Attorneys for Defendants
                                        ASTRA USA, INC.; ZENECA INC; ASTRAZENECA
27                                      PHARMACEUTICALS LP

28  ///

                                        - 2 -

1  DATED:  September 21, 2005

SHOOK, HARDY & BACON LLP
ALICIA J. DONAHUE
2                                          SARA ROMANO

3
                                                S\ Alicia Donahue
4                                          ALICIA J. DONAHUE
                                           333 Bush Street, Suite 600
5                                          San Francisco, CA  94104-2828
                                           Tel.:  415.544.1900 / Fax:  415.391.0281
6
                                           Attorneys for Defendants
7                                          AVENTIS PHARMACEUTICALS INC.;
                                           ZLB BEHRING LLC
8

9  DATED:  September 21, 2005

SIDLEY AUSTIN BROWN & WOOD LLP
TIMOTHY T. SCOTT
10                                         PAUL YANOSY

11
                                                S\ Timothy Scott
12                                         TIMOTHY T. SCOTT
                                           555 California Street, Suite 2000
13                                         San Francisco, CA  94104-1715
                                           Tel.:  415.772.1200 / Fax:  415.772.7400
14
                                           Attorneys for Defendant
15                                         BAYER CORPORATION

16
   DATED:  September 20, 2005

DECHERT LLP
17                                         FREDERICK G. HEROLD
                                           VALERIE M. WAGNER
18                                         PHILIP BARILOVITS

19
                                                S\ Frederick G. Herold
20                                         FREDERICK G. HEROLD
                                           1117 California Ave.
21                                         Palo Alto, CA  94304
                                           Tel.:  650.813.4800 / Fax:  650.813.4848
22
                                           Attorneys for SMITHKLINE BEECHAM
23                                         CORPORATION, successor in interest to named but
                                           defunct Defendants BURROUGHS WELLCOME CO.
24                                         and GLAXO WELLCOME, INC.

25  ///

26  ///

27  ///

28  ///

SF/1287235v3

1  DATED:  September 21, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                       PAUL J. RIEHLE
2                                      MATTHEW A. FISCHER

3
                                               S\ Paul Riehle
4                                      _____
                                       PAUL J. RIEHLE
                                       One Market Plaza
5                                      Steuart Tower, 8th Floor
                                       San Francisco, CA 94105
6                                      Tel.:  415.781.7900 / Fax:  415.781.2635

7                                      Attorneys for Defendant
                                       BRISTOL-MYERS SQUIBB COMPANY
8

9
   DATED:  September 21, 2005          MORGAN, LEWIS & BOCKIUS LLP
10                                     MOLLY M. LANE
                                       TERA HEINTZ
11

12                                             S\ Molly Lane
                                       _____
                                       MOLLY M. LANE
13                                     One Market, Spear Street Tower
                                       San Francisco, CA  94105-1126
14                                     Tel.:  415.442.1000 / Fax:  415.442.1001

15                                     Attorneys for Defendant
                                       PFIZER INC.
16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 4 -

CASE NO.  C 05-03740 WHA
                 STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

1  DATED:  September 21, 2005            PILLSBURY WINTHROP SHAW PITTMAN LLP
                                        KIRKE M. HASSON
2                                       COLIN T. KEMP

3
                                        _____S\ Kirke M. Hasson_____
4                                       KIRKE M. HASSON
                                        50 Fremont Street
5                                       San Francisco, CA  94105-2228
                                        Tel.:  415.983.1000 / Fax:  415.983.1200
6
                                        Attorneys for Defendant
7                                       SCHERING-PLOUGH CORPORATION

8
   DATED:  September 21, 2005            JONES DAY
9                                       PETER N. LARSON

10
                                        _____S\ Peter Larson_____
11                                      PETER N. LARSON
                                        555 California Street, 26th Floor
12                                      San Francisco, CA 94104
                                        Tel.:  415.626.3939  / Fax:  415.875.5700
13
                                        Attorneys for Defendant
14                                      TAP PHARMACEUTICAL PRODUCTS INC.

15 DATED:  September 21, 2005            GORDEN & REES LLP
                                        FLETCHER C. ALFORD
16

17
                                        _____S\ Fletcher Alford_____
18                                      FLETCHER C. ALFORD
                                        275 Battery Street, Suite 2000
19                                      San Francisco, CA  94111
                                        Tel.: 415.986.5900 / Fax:  415.986.8054
20
                                        Attorneys for Defendant
21                                      "WYETH-AYERST LABORATORIES, INC."

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

SF/1287235v3

CASE NO.  C 05-03740 WHA
STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

1

**O R D E R**

2    BASED ON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS HEREBY

3    ORDERED THAT:

4    Based on the parties' stipulation agreeing to extend the time for any Defendant to file a

5    responsive pleading, the deadline for any Defendant to answer, file a Federal Rule 12(b) motion

6    or otherwise respond to the Complaint in this Court shall be extended to thirty (30) days after the

7    Court rules on a motion to remand by Plaintiff or thirty (30) days after Defendants receive

8    written notice that Plaintiff will not file a motion to remand, whichever comes first.

9    PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11    DATED: _____September 22, 2005_____    _____

12                                                HONORABLE JUDGE WILLIAM ~~H.~~ ALSUP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1287235v3

CASE NO.  C 05-03740 WHA
STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT