1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   PAUL J. RIEHLE  (SBN 115199) paul.riehle@sdma.com
2  MATTHEW A. FISCHER  (SBN 191451) matthew.fischer@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant Bristol-Myers Squibb
6  Company

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    - SAN FRANCISCO DIVISION -

11

12  THE COUNTY OF SANTA CLARA, On          CASE NO.  C 05-03740 WHA
    Behalf of Itself and All Others Similarly
13  Situated,

14            Plaintiff,                    **STIPULATION AND [PROPOSED]
                                            ORDER EXTENDING THE TIME FOR
15       v.                                 ALL DEFENDANTS TO RESPOND TO
                                            THE COMPLAINT**
16  ASTRA USA, INC.,  ASTRAZENECA
    PHARMACEUTICALS LP, AVENTIS
17  PHARMACEUTICALS INC., BAYER
    CORPORATION, BRISTOL-MYERS
18  SQUIBB COMPANY, BURROUGHS
    WELLCOME CO., GLAXO WELLCOME
19  INC., PFIZER INC., SCHERING-
    PLOUGH CORPORATION, TAP
20  PHARMACEUTICAL PRODUCTS INC.,
    WYETH-AYERST LABORATORIES,
21  INC., ZENECA INC., ZLB BEHRING
    LLC, and DOES 1 through 100, inclusive.
22
              Defendants.
23

24  ///

25  ///

26  ///

27  ///

28  ///

1    PURSUANT TO LOCAL RULE 6.2, counsel for Plaintiff and counsel for Defendants

2  submit this stipulation and proposed order regarding the timing of Defendants' responses to

3  Plaintiff's Complaint.

4    WHEREAS, Plaintiff filed the Complaint in this action in the Superior Court for the

5  County of Alameda on August 16, 2005;

6    WHEREAS, on September 15, 2005, Defendants removed this case to the United States

7  District Court for the Northern District of California;

8    WHEREAS, on September 20, 2005, the case was reassigned to the Honorable William

9  H. Alsup for all further proceedings;

10    WHEREAS, Defendants' time to respond to the Complaint is "within 20 days after the

11  receipt through service or otherwise of a copy of the initial pleading . . . or within 5 [business]

12  days after the filing of the petition for removal, whichever period is longest" pursuant to Fed.

13  Rules of Civ. Proc. 6(a), 81(c);

14    WHEREAS, Plaintiff has not decided whether to file a motion to remand;

15    WHEREAS, pursuant to 28 U.S.C. §1447(c), Plaintiff has thirty (30) days after the

16  removal notice was filed in federal court to file a motion to remand;

17    WHEREAS, Defendants intend to file one or more motions to dismiss under Fed. R. Civ.

18  Proc. 12(b), as well as perhaps other responsive pleadings;[1]

19    WHEREAS, the parties believe it would be in the best interests of the parties and the

20  Court to postpone the filing by Defendants of their responses to the Complaint until after

21  Plaintiff's motion to remand, if any, has been decided; and

22    WHEREAS, this is the first request to the Court by the parties in this action for an

23  extension of time.

24    IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

25  respective counsel, that the time of any Defendant to respond to the Complaint in this Court is

26
27  [1] By filing this stipulation and proposed order, Defendants do not submit to personal
    jurisdiction.  On the contrary, one or more Defendants may challenge the Court's exercise of
    personal jurisdiction in this matter by filing a motion to dismiss pursuant to Fed. R. Civ. P.
28  12(b)(2).

1  extended until either thirty (30) days after the Court rules on a motion to remand by Plaintiff or

2  thirty (30) days after Defendants receive written notice that Plaintiff has decided not to file a

3  motion to remand, whichever comes first.  For the foregoing reasons, the parties respectfully

4  request that the Court approve the requested extension of time.

5

6  DATED:  September 21, 2005          LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                      PATRICK J. COUGHLIN
                                       JACQUELINE E. MOTTEK
8                                      AELISH M. BAIG
                                       JENNIE LEE ANDERSON
9
                                                S\ Jacqueline Mottek
10                                     _____
                                       JACQUELINE E. MOTTEK
11                                     100 Pine Street, Suite 2600
                                       San Francisco, CA  941111
12                                     Tel:  (415) 288-4545 / Fax: (415) 288-4534

13                                     HAGENS BERMAN LLP
                                       STEVE W. BERMAN
14                                     1301 Fifth Ave., Suite 2900
                                       Seattle, WA 98101
15                                     Tel:  (206) 623-7292 / Fax: (206) 623-0594

16                                     OFFICE OF SANTA CLARA COUNTY COUNSEL
                                       ANN MILLER RAVEL
17                                     70 W. Heading Street
                                       9th Floor East Wing
18                                     San Jose, CA 95110
                                       Tel: (408) 299-5900 / Fax: (408) 292-7240

19                                     Attorneys for Plaintiff
20                                     THE COUNTY OF SANTA CLARA

21  DATED:  September 21, 2005          ARNOLD & PORTER, LLP
                                       SHARON DOUGLASS MAYO
22
                                                S\ Sharon Douglass Mayo
23                                     _____
                                       SHARON DOUGLASS MAYO
24                                     90 New Montgomery Street, Suite 600
                                       San Francisco, CA  94105
25                                     Tel.: 415.356.3000 / Fax:  415.356.3099

26                                     Attorneys for Defendants
                                       ASTRA USA, INC.; ZENECA INC; ASTRAZENECA
27                                     PHARMACEUTICALS LP

28  ///

1  DATED:  September 21, 2005          SHOOK, HARDY & BACON LLP
                                        ALICIA J. DONAHUE
2                                       SARA ROMANO

3
                                        _____
4                                              S\ Alicia Donahue
                                        ALICIA J. DONAHUE
5                                       333 Bush Street, Suite 600
                                        San Francisco, CA  94104-2828
6                                       Tel.:  415.544.1900 / Fax:  415.391.0281

7                                       Attorneys for Defendants
                                        AVENTIS PHARMACEUTICALS INC.;
8                                       ZLB BEHRING LLC

9  DATED:  September 21, 2005          SIDLEY AUSTIN BROWN & WOOD LLP
                                        TIMOTHY T. SCOTT
10                                      PAUL YANOSY

11
                                        _____
12                                             S\ Timothy Scott
                                        TIMOTHY T. SCOTT
13                                      555 California Street, Suite 2000
                                        San Francisco, CA  94104-1715
14                                      Tel.:  415.772.1200 / Fax:  415.772.7400

15                                      Attorneys for Defendant
                                        BAYER CORPORATION
16

17  DATED:  September 20, 2005         DECHERT LLP
                                        FREDERICK G. HEROLD
18                                      VALERIE M. WAGNER
                                        PHILIP BARILOVITS

19
                                        _____
20                                             S\ Frederick G. Herold
                                        FREDERICK G. HEROLD
21                                      1117 California Ave.
                                        Palo Alto, CA  94304
22                                      Tel.:  650.813.4800 / Fax:  650.813.4848

23                                      Attorneys for SMITHKLINE BEECHAM
                                        CORPORATION, successor in interest to named but
24                                      defunct Defendants BURROUGHS WELLCOME CO.
                                        and GLAXO WELLCOME, INC.

25  ///

26  ///

27  ///

28  ///

SF/1287235v3
                                        - 3 -
                                        CASE NO.  C 05-03740 WHA
                  STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

1 | DATED:  September 21, 2005            SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                          PAUL J. RIEHLE
2 |                                       MATTHEW A. FISCHER

3 |

4 |                                             S\ Paul Riehle
   |                                       _____
   |                                       PAUL J. RIEHLE
5 |                                       One Market Plaza
   |                                       Steuart Tower, 8th Floor
   |                                       San Francisco, CA 94105
6 |                                       Tel.:  415.781.7900 / Fax:  415.781.2635

7 |                                       Attorneys for Defendant
   |                                       BRISTOL-MYERS SQUIBB COMPANY
8 |

9 |
   | DATED:  September 21, 2005            MORGAN, LEWIS & BOCKIUS LLP
10|                                        MOLLY M. LANE
   |                                        TERA HEINTZ
11|

12|                                             S\ Molly Lane
   |                                       _____
   |                                       MOLLY M. LANE
13|                                        One Market, Spear Street Tower
   |                                        San Francisco, CA  94105-1126
14|                                        Tel.:  415.442.1000 / Fax:  415.442.1001

15|                                        Attorneys for Defendant
   |                                        PFIZER INC.
16|

17| ///

18| ///

19| ///

20| ///

21| ///

22| ///

23| ///

24| ///

25| ///

26| ///

27| ///

28| ///

CASE NO.  C 05-03740 WHA
STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

1   DATED:  September 21, 2005         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                       KIRKE M. HASSON
2                                      COLIN T. KEMP

3
                                       _____S\ Kirke M. Hasson_____
4                                      KIRKE M. HASSON
                                       50 Fremont Street
5                                      San Francisco, CA  94105-2228
                                       Tel.:  415.983.1000 / Fax:  415.983.1200
6
                                       Attorneys for Defendant
7                                      SCHERING-PLOUGH CORPORATION

8
    DATED:  September 21, 2005         JONES DAY
9                                      PETER N. LARSON

10
                                       _____S\ Peter Larson_____
11                                     PETER N. LARSON
                                       555 California Street, 26th Floor
12                                     San Francisco, CA 94104
                                       Tel.:  415.626.3939  / Fax:  415.875.5700
13
                                       Attorneys for Defendant
14                                     TAP PHARMACEUTICAL PRODUCTS INC.

15  DATED:  September 21, 2005         GORDEN & REES LLP
                                       FLETCHER C. ALFORD
16

17
                                       _____S\ Fletcher Alford_____
18                                     FLETCHER C. ALFORD
                                       275 Battery Street, Suite 2000
19                                     San Francisco, CA  94111
                                       Tel.: 415.986.5900 / Fax:  415.986.8054
20
                                       Attorneys for Defendant
21                                     "WYETH-AYERST LABORATORIES, INC."

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

SF/1287235v3
                                                    CASE NO.  C 05-03740 WHA
                          STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

1

**O R D E R**

2          BASED ON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS HEREBY

3    ORDERED THAT:

4          Based on the parties' stipulation agreeing to extend the time for any Defendant to file a

5    responsive pleading, the deadline for any Defendant to answer, file a Federal Rule 12(b) motion

6    or otherwise respond to the Complaint in this Court shall be extended to thirty (30) days after the

7    Court rules on a motion to remand by Plaintiff or thirty (30) days after Defendants receive

8    written notice that Plaintiff will not file a motion to remand, whichever comes first.

9    PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11   DATED: _____          _____

12                      September 22, 2005          HONORABLE JUDGE WILLIAM H. ALSUP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1287235v3

CASE NO.  C 05-03740 WHA
STIP. & ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT