United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, | |
| Plaintiff, | Case No. C05-03740 WHA |
| v. | RECUSAL ORDER |
| ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS, INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, BURROUGHS WELLCOME CO., GLAXO WELCOME, INC., PFIZER, INC., SCHERING-PLOUGH CORPORATION, TAP PHARMACEUTICAL PRODUCTS, WYETH-AYERST LABORATORIES, INC., ZENECA, INC., ZLB BEHRING LLC., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred for settlement purposes. This Court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: December 7, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge