**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8    COUNTY OF SANTA CLARA,                    No. C-05-3740 WHA (JCS)
9            Plaintiff(s),                     **NOTICE AND ORDER SETTING FURTHER**
                                               **TELEPHONIC SCHEDULING**
10       v.                                    **CONFERENCE; ORDER TO MEET AND**
                                               **CONFER**
11   ASTRA USA, INC., ET AL.,
                                               (E-FILING CASE)
12           Defendant(s).
     _____/
13
14   ALL PARTIES AND COUNSEL OF RECORD:
15       You are hereby notified that a Further Telephonic Scheduling Conference has been set for
16   **January 30, 2006, at 1:30 p.m.**  The call-in number for this teleconference is 877-492-3951, and the
17   passcode is 415 627 1554 #.  The purpose of this teleconference is to determine a date for the Settlement
18   Conference in this matter.
19       In addition, counsel for all parties are ORDERED to meet and confer *in person* during the week of
20   January 16, 2006, to finalize and agree upon a discovery plan.
21       IT IS SO ORDERED.
22
23   Dated: December 16, 2005
24                                             _____
25                                             JOSEPH C. SPERO
                                               United States Magistrate Judge
26
27
28