1  Michael F. McCabe (SBN 111151)
   Rosalie Euna Kim (SBN 222141)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Defendant
8  AmerisourceBergen Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated, | No.: C-05-03740-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMERISOURCEBERGEN CORPORATION TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |
| vs. | |
| AMERISOURCEBERGEN CORPORATION, et al., | |
| Defendants. | Honorable William Alsup |

23    Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED AND AGREED BY AND

24 BETWEEN THE PARTIES HERETO, through their undersigned counsel, that Defendant

25 AmerisourceBergen Corporation ("ABC") shall have a fifteen day extension of time in which to

26 file its initial responsive pleading to the First Amended Complaint.  ABC was first named as a

27 party in the First Amended Complaint filed on January 9, 2006, and was served on January 10,

28

1  2006.  No prior extensions have been sought by ABC.  ABC's pleading deadline shall be extended
2  up to and including February 14, 2006.
3      DATED:  January 30, 2006.

REED SMITH LLP

By    /s/
    Michael F. McCabe
    Rosalie Euna Kim
    Attorneys for Defendant
    AmerisourceBergen Corporation

DATED:  January 30, 2006.

LERACH COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

By    /s/
    Jacqueline E. Mottek (SBN 124448)
    Attorneys for Plaintiff County of Santa Clara

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, defendant AmerisourceBergen Corporation's time to file a responsive pleading to the First Amended Complaint is extended by 15 (fifteen) days to and including February 14, 2006.

IT IS SO ORDERED.

DATED:  January 31, 2006.

_____
William H. Alsup
United States District Judge