IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN CORP., ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS, INC., BAYER CORP., BRISTOL-MYERS SQUIBB CO., CARDINAL HEALTH, INC., HEALTHCARE PURCHASING PARTNERS INTERNATIONAL, LLC, MCKESSON CORP., PFIZER, INC., SCHERING-PLOUGH CORP., SMITHKLINE BEECHAM CORP., D/B/A GLAXOSMITHKLINE, TAP PHARMACEUTICAL PRODUCTS, INC., WYETH, INC., WYETH PHARMACEUTICALS, INC., ZENECA, INC., ZLB BEHRING LLC, and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | No. C 05-03740 WHA<br><br>**ORDER RE<br>ORAL ARGUMENT** |

    The Court would like counsel to bring to oral argument all legislative history materially bearing directly on the evolution of California's Unfair Competition Law between the 1950 decision in *People v. Centr-O-Mart*, 34 Cal. 2d 702 (Cal. 1950) and today with respect to standing of government agencies to sue under Section 17200.

    **IT IS SO ORDERED.**

Dated: February 3, 2006.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE