IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC.; ASTRAZENECA PHARMACEUTICALS LP; AVENTIS PHARMACEUTICALS, INC.; BAYER CORP.; BRISTOL-MYERS SQUIBB CO.; PFIZER, INC.; SCHERING-PLOUGH CORP.; SMITHKLINE BEECHAM CORP.; TAP PHARMACEUTICAL PRODUCTS, INC.; WYETH, INC.; WYETH PHARMACEUTICALS, INC.; ZENECA, INC.; ZLB BEHRING LLC; McKESSON CORP.; AMERISOURCEBERGEN CORP.; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 05-03740 WHA<br><br>**ORDER RE BRIEFING ON SECOND AMENDED COMPLAINT** |

The second amended complaint is arguably ambiguous. In paragraphs one and ten, is the complaint merely alleging that the County of Santa Clara provides health services by and through the listed 340B entities, or are the 340B entities directly named as plaintiffs, separate and apart from the County of Santa Clara? To clear this up, each 304B entity must file a short statement clarifying whether it is a direct plaintiff in this action separate and apart from the County of Santa Clara. This must be signed by a representative of the 340B entity other than plaintiff's counsel. These statements shall be **FILED BY NOON, WEDNESDAY, APRIL 19, 2006**.

1  Defendants may submit, by **NOON, MONDAY, APRIL 24, 2006**, *one* joint supplemental brief on
2  this issue. It may not be longer than seven pages.

**IT IS SO ORDERED.**

Dated: April 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE