IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC.; ASTRAZENECA PHARMACEUTICALS LP; AVENTIS PHARMACEUTICALS, INC.; BAYER CORP.; BRISTOL-MYERS SQUIBB CO.; PFIZER, INC.; SCHERING-PLOUGH CORP.; SMITHKLINE BEECHAM CORP.; TAP PHARMACEUTICAL PRODUCTS, INC.; WYETH, INC.; WYETH PHARMACEUTICALS, INC.; ZENECA, INC.; ZLB BEHRING LLC; AMERISOURCEBERGEN CORP.; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 05-03740 WHA<br><br>**NOTICE RE MOTION HEARING** |

Plaintiff County of Santa Clara is **ORDERED** to arrange for the presence, at the hearing on Thursday, April 27, 2006, of an employee, officer or director of each clinic and health-care provider organization identified in paragraph ten of the complaint who has authority to bind the clinic or health-care provider organization.

The parties should be prepared to address whether or not AmerisourceBergen Corp. is a party to a Pharmaceutical Pricing Agreement. If it is not, can the breach of contract claim be maintained against it? The parties also ought to be ready to talk about whether or not the entities named in paragraph ten, other than the County of Santa Clara, have the legal capacity to

bring suit on their own, or whether a civil action on their behalf instead may only be brought by the County of Santa Clara.

**IT IS SO ORDERED.**

Dated: April 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California