**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA | No. C-05-03740 WHA (JCS) |
| Plaintiff(s), | |
| v. | ORDER SCHEDULING FURTHER TELEPHONIC SCHEDULING CONFERENCE |
| ASTRA USA, INC ET AL | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS ORDERED that a further telephonic scheduling conference is scheduled for Friday, December 12, 2008 at 1:30 p.m. to discuss scheduling matters before the Honorable Joseph C. Spero. Lead counsel for each party shall contact CourtCall, telephonic court appearance at 1-888-882-6878, and make arrangements for the telephonic conference no later than December 5, 2008. The phone number for the Courtroom is (415) 522-3697.

IT IS FURTHER ORDERED that the parties file a joint scheduling conference statement outlining their positions and a proposed schedule by December 5, 2008.

Dated: October 17, 2008

JOSEPH C. SPERO
United States Magistrate Judge