| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | PAUL J. RIEHLE (SBN 115199) paul.riehle@sdma.com |
| 2 | MATTHEW A. FISCHER (SBN 191451) matthew.fischer@sdma.com |
| | JIA-MING SHANG (SBN 233326) jiaming.shang@sdma.com |
| 3 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | HOGAN & HARTSON LLP |
| | STEVEN M. EDWARDS (admitted *pro hac vice*) |
| 7 | LYNDON M. TRETTER (admitted *pro hac vice*) |
| | JESSICA P. FEINGOLD (*pro hac vice* application pending) |
| 8 | 875 Third Avenue |
| | New York, New York 10022 |
| 9 | Telephone: (212) 918-3000 |
| | Facsimile: (212) 918-3100 |
| 10 | |
| 11 | Attorneys for Defendant |
| | BRISTOL-MYERS SQUIBB COMPANY |

RECEIVED

DEC 17 PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated, | CASE NO. C 05-03740 WHA (JCS) |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION OF JESSICA P. FEINGOLD FOR ADMISSION *PRO HAC VICE* |
| v. | |
| ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, BURROUGHS WELLCOME CO., GLAXO WELLCOME INC., PFIZER INC., SCHERING-PLOUGH CORPORATION, TAP PHARMACEUTICAL PRODUCTS INC., WYETH-AYERST LABORATORIES, INC., ZENECA INC., ZLB BEHRING LLC, and DOES 1 through 100, inclusive. | |
| Defendants. | |

Jessica P. Feingold, whose business address and telephone number is Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022, 212-918-3000, and an active member in good standing of the bars of the United States District Court for the Southern and Eastern Districts of New York and the State of New York having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Bristol-Myers Squibb Company,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Northern District of California Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in Northern District of California General Order No. 45, Electronic Case Filing.

DATED: December 24, 2008

Judge William H. Alsup