PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON (SBN 61446)
kirke.hasson@pillsburylaw.com
COLIN T. KEMP (SBN 215408)
colin.kemp@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone:    (415) 983-1000
Facsimile:    (415) 983-1200

Attorneys for Defendant
SCHERING-PLOUGH CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRA USA, INC., et al., <br><br> Defendants. | Case No. C 05-03740 WHA <br><br> Complaint Filed: December 23, 2008 <br><br> **PROOF OF SERVICE BY MAIL** <br><br> Trial Date: February 23, 2010 |

1  I, COLIN T. KEMP, the undersigned, declare as follows:

2  Attached hereto as Exhibit A is a true and correct copy of the Proof of Service by
3  Mail (the "Proof") I executed today, serving Defendant Schering-Plough Corporation's
4  Answer to Third Amended Complaint for Breach of Contract by mail on the recipients
5  specified in the Proof.

6  I declare under penalty of perjury of the laws of the United States of America that
7  the foregoing is true and correct.  Executed this 21st day of January 2009.

8  By:  /s/ Colin T. Kemp
     COLIN T. KEMP

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

701405111v1

- 1 -

PROOF OF SERVICE BY MAIL
Case No. C 05-03740 WHA

# Exhibit A

Case No. C-05-3740 WHA

CERTIFICATE OF SERVICE BY MAIL

I, Colin T. Kemp, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City and County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, California, 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, California, 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On January 21, 2009, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly **DEFENDANT SHERING-PLOUGH CORPORATION'S ANSWER TO THIRD AMENDED COMPLAINT FOR BREACH OF CONTRACT** by placing it in addressed, sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed January 21, 2009, at San Francisco, California.

*Colin T. Kemp /wl*
Colin T. Kemp

701388082v1

## SERVICE LIST
## THE COUNTY OF SANTA CLARA v. ASTRA USA, INC., et al.

Ann Miller Ravel, Esq.
Ann.Ravel@cco.sccgov.org
Tamara A. Lange, Esq.
Tamara.Lange@cco.sccgov.org
Kate L. Didech
Kate.Didech@cco.sccgov.org
Office of Santa Clara County Counsel
70 W. Hedding Street
9th Floor, East Wing
San Jose, CA 95110
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
Attorneys for Plaintiffs

701388082v1