IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASTRA USA, INC., ASTRA ZENECA PHARMACEUTICALS LP, EVENTS PHARMACEUTICALS, INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, PFIZER, INC., SCHERING-PLOUGH CORPORATION TAP PHARMACEUTICAL PRODUCTS, INC., ZENECCA, INC., ZLB BEHRING LLC, SMITHKLINE BEECHAM CORPORATION, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXO SMITHKLINE, WYETH, INC., WYETH PHARMACEUTICALS, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 05-03740 WHA<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR DISCOVERY** |

　　The Court has received the letter from Hogan & Hartson dated February 19, 2009, concerning a discovery dispute. In light of a long capital prosecution about to begin, the undersigned has run out of time to supervise discovery in this case and will refer the February 19 dispute as well as all further discovery disputes to a magistrate judge to be selected. The magistrate judge is requested to enforce the spirit if not the letter of the undersigned's discovery guidelines but is free for good cause to deviate. All counsel should present their discovery disputes in sufficient time so that the magistrate judge may rule on them

in time to make the discovery cut-off for this case, which is October 30, 2009. Once the magistrate judge is selected, Hogan & Hartson should re-file its motion in accordance with that judge's preferred procedure.

**IT IS SO ORDERED.**

Dated: February 19, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2