1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   COUNTY OF SANTA CLARA, on        )
     behalf of itself and all         )
12   other similarly situated,        )      No. C05-3740 WHA (BZ)
                                       )
13              Plaintiff(s),          )
                                       )      **NOTICE OF RECUSAL**
14        v.                           )
                                       )
15   ASTRA USA, INC., et al.,          )
                                       )
16              Defendant(s).          )
     _____  )

17

18        I hereby recuse myself in the above action.

19   Dated: March 2, 2009

20

21   _____
                 Bernard Zimmerman
22        United States Magistrate Judge

23

     G:\BZALL\-REFS\CTY. OF SANTA CLARA V. ASTRA\NOTICE OF RECUSAL.wpd
24

25

26

27

28

                                     1