FILED

MAR 25 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COUNTY OF SANTA CLARA, On behalf of itself and all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ASTRAZENECA PHARMACEUTICALS LP; et al.,<br><br>        Defendants - Appellees. | No. 09-15216<br><br>D.C. No. 3:05-cv-03740-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

The appellant's unopposed motion to expedite this appeal and place on a specific calendar is granted in part. This appeal shall be placed on calendar as soon as is practicable upon the filing of the answering brief.

                For the Court:

                MOLLY C. DWYER
                Clerk of the Court:

                Cathie A. Gottlieb
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit 27-10

03.23.09/cag/Pro Mo