UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, and THE COUNTY OF SANTA CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRA USA, INC., et al.,<br><br>Defendants. | Case No. C 05-03740 WHA EMC<br><br>Complaint Filed: December 23, 2008<br><br>[~~PROPOSED~~] ORDER TO SHORTEN TIME, CONSOLIDATE HEARINGS, AND REVISE BRIEFING SCHEDULE<br><br>Trial Date: February 23, 2010 |

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED:

1. A consolidated hearing Plaintiffs' Motion for Protective Order and Defendants' Cross-Motion to Compel and for Related Relief ("Motion for Relief") shall be held on August 20, 2009 at 8:00 A.M.;

2. Plaintiffs' Reply in support of their Motion for Protective Order and Opposition to Defendants' Motion for Relief shall be due no later than August 6, 2009;

3. Defendants' Reply in support of their Motion for Relief shall be due no later than August 13, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE