

**Dechert**
LLP

2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
+1 650 813 4800 Main
+1 650 813 4848 Fax
www.dechert.com

**RICHARD J. CUTLER**

richard.cutler@dechert.com
+1 (650) 813-4922 Direct
+1 (650) 813-4848 Fax

August 31, 2009

The Honorable Edward M. Chen
United States District Court, Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

        Re:    Request for Telephonic Appearance at Hearing
                  *County of Santa Clara v. Astra USA, Inc.*,
                  No. 05-CV-03740-WHA (EMC) (N.D. Cal.)

Dear Judge Chen:

      I am counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in *Santa Clara v. Astra* and am writing on behalf of GSK and other similarly situated defendants. This Court is currently scheduled to hear argument on September 2, 2009 on several motions to compel filed by defendants Bayer, Pfizer, and Schering-Plough.

      Attorneys for GSK and defendants other than Bayer, Pfizer, and Schering-Plough will not be arguing these motions. GSK therefore respectfully requests that GSK and the other non-arguing defendants be permitted to appear telephonically at the hearing.

      If the Court grants this request, the Court and all parties who plan to appear telephonically can use the following telephone number and password to participate telephonically:

        Telephone:    1 866 214 4423
        Password:     8236320 and then enter #

      Please find a proposed order enclosed for your consideration.

                                        Sincerely,

                                        Frederick G. Herold, Esq.

cc:  All counsel of record
Enclosure

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Moscow  Munich  Paris  ASIA  Beijing  Hong Kong

```
 1  Frederick G. Herold (State Bar No. 229239)
    frederick.herold@dechert.com
 2  Richard J. Cutler (State Bar No. 146180)
    richard.cutler@dechert.com
 3  DECHERT LLP
    2440 W. El Camino Real, Suite 700
 4  Mountain View, CA 94040
    Telephone:   650.813.4800
 5  Facsimile:   650.813.4848

 6  Attorneys for Defendant
    SMITHKLINE BEECHAM CORPORATION,
 7  D/B/A GLAXOSMITHKLINE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.,<br><br>Defendants. | Case No. 05-CV-03740 WHA (EMC)<br><br>[~~PROPOSED~~] ORDER PERMITTING SMITHKLINE BEECHAM D/B/A GLAXOSMITHKLINE AND OTHER DEFENDANTS TO ATTEND HEARING BY TELEPHONE |

Upon the request of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), and good cause appearing,

**IT IS HEREBY ORDERED** that GSK and other non-arguing Defendants' requests to participate by telephone in the September 2, 2009 hearing on the Motions to Compel is granted.

**IT IS SO ORDERED**.

Dated: 9/1/09   _____
The Honorable
United States

*[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

PROPOSED ORDER PERMITTING TELEPHONIC ATTEND
Case No. C-05-03740-WHA (EMC)

13589116