1  ARNOLD & PORTER LLP
   SHARON D. MAYO (Bar No. 150469)
2  275 Battery Street, Suite 2700
   San Francisco, California 94111-3823
3  Telephone: (415) 356-3000
   Facsimile: (415) 356-3099
4  sharon.mayo@aporter.com

5  ARNOLD & PORTER LLP
   JEFFREY L. HANDWERKER (admitted *pro hac vice*)
6  SARAH BRACKNEY ARNI (admitted *pro hac vice*)
   555 Twelfth Street, N.W.
7  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
8  Facsimile: (202) 942-5999
   jeffrey.handwerker@aporter.com
9  sarah.arni@aporter.com

10 *Attorneys for Defendants Astra USA, Inc.,*
   *AstraZeneca Pharmaceuticals LP, and Zeneca Inc.*
11

12

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, BURROUGHS WELLCOME CO., GLAXO WELLCOME INC., PFIZER INC., SCHERING-PLOUGH CORPORATION, TAP PHARMACEUTICAL PRODUCTS INC., WYETH-AYERST LABORATORIES, INC., ZENECA INC., ZLB BEHRING LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 05-03740 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF KRISTIN M. HICKS FOR ADMISSION *PRO HAC VICE* |

Kristin M. Hicks, whose business address and telephone number is Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, D.C., 20004, Telephone: 202-942-5846, and an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing defendants Astra USA, Inc., AstraZeneca Pharmaceuticals LP, and Zeneca Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 17, 2009



_____
Judge William H. Alsup

[PROPOSED] ORDER GRANTING APPLICATION OF KRISTIN M. HICKS FOR ADMISSION *PRO HAC VICE*
CASE NO. C 05-03740 WHA