UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRA USA, INC., et al., <br><br> Defendants. | No. C-05-03740-WHA <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING STIPULATED JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE |

1  This Court, having considered the Stipulated Joint Request for Case Management Conference

2  submitted by all parties, hereby GRANTS the Request and ORDERS that:

3  A Case Management Conference shall be held on October 2, 2009 at 9:00 AM
   Please file a joint case management statement no later than noon on October 1, 2009.
4  IT IS SO ORDERED.

5  DATED: September 28, 2009
   _____
   THE HONORABLE WILLIAM H. ALSUP
6  UNITED STATES DISTRICT JUDGE

7

   Submitted by:
8
   DATED: September 23, 2009
9
   COUGHLIN STOIA GELLER
10    RUDMAN & ROBBINS LLP
   JEFFREY W. LAWRENCE
11  AELISH M. BAIG
   DANIEL J. PFEFFERBAUM
12  PHILLIP G. FREEMON

13

14          /s/
        JEFFREY W. LAWRENCE
15
   100 Pine Street, Suite 2600
16  San Francisco, CA  94111
   Telephone: 415/288-4545
17  415/288-4534 (fax)

18  OFFICE OF SANTA CLARA
      COUNTY COUNSEL
19  MIGUEL MÁRQUEZ
   TAMARA LANGE
20  70 West Hedding Street
   9th Floor East Wing
21  San Jose, CA  95110
   Telephone: 408/299-5900
22  408/292-7240 (fax)

23  OFFICE OF SANTA CRUZ COUNTY
      COUNSEL
24  DANA M. McRAE
   701 Ocean Street, Suite 505
25  Santa Cruz, CA  95060
   Telephone: 831/454-2040
26  831/454-2115 (fax)

27  Attorneys for Plaintiffs

28  S:\casesSD\340B Drug Discount\ORD00061939.doc

[PROPOSED] ORDER GRANTING STIPULATED JOINT REQUEST FOR CASE MANAGEMENT
CONFERENCE - C-05-03740-WHA                                              - 1 -

(APPROVED stamp, signed by Judge William Alsup, United States District Court, Northern District of California)

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 23, 2009.

    s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: jeffreyl@csgrr.com

[PROPOSED] ORDER GRANTING STIPULATED JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE - C-05-03740-WHA - 2 -

**Mailing Information for a Case 3:05-cv-03740-WHA**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C. Alford**
  falford@gordonrees.com,rpolk@gordonrees.com

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **Aelish Marie Baig**
  AelishB@csgrr.com,aserros@csgrr.com,khuang@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Richard Cutler**
  richard.cutler@dechert.com,jocelyn.levy@dechert.com

- **Kelly Jeanne Davidson**
  kjdavidson@ober.com,pascott@ober.com

- **Alicia J. Donahue**
  adonahue@shb.com,egonsalves@shb.com,amoresco@shb.com,SFDISTRIBUTION@shb.com,rdarmstadt@shb.com

- **Steven M. Edwards**
  smedwards@hhlaw.com

- **Jessica P. Feingold**
  jpfeingold@hhlaw.com

- **Matthew A. Fischer**
  matthew.fischer@sdma.com,sdmacalendaring@sdma.com,rosanna.garfias@sdma.com

- **Jeffrey Lawrence Handwerker**
  jeffrey_handwerker@aporter.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Frederick George Herold**
  Frederick.Herold@Dechert.com

- **Stephen Craig Holden**
  scholden@ober.com

- **Peter K. Huston**
  Peter.Huston@lw.com,#sfdocket@lw.com

- **Jaime L.M. Jones**
  jaime.jones@sidley.com,krockwell@sidley.com

- **Jennifer B. Jordan**
  jjordan@morganlewis.com,berobinson@morganlewis.com

- **Colin T. Kemp**
  colin.kemp@pillsburylaw.com,catherine.schmitz@pillsburylaw.com

- **Rosalie Euna Kim**
  ekim@reedsmith.com

- **Molly Moriarty Lane**
  mlane@morganlewis.com

- **Tamara Lange , Esq**
  tamara.lange@cco.sccgov.org,miguel.marquez@cco.sccgov.org,alexandra.weight@cco.sccgov.org

- **Peter Nels Larson**
  pnlarson@jonesday.com,ybennett@jonesday.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Sharon D. Mayo**
  sharon_mayo@aporter.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com,eric@mcdermottnewman.com

- **Samuel Ray Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Jacqueline Eve Mottek**
  JacquiM@csgrr.com,mdevin@csgrr.com,amatney@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,lbowman@csgrr.com,cburke@csgrr.com,fjanecek@csgrr.com,j

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,khuang@csgrr.com

- **Richard Raskin**
  rraskin@sidley.com,sstein@sidley.com,krockwell@sidley.com

- **Sara J. Romano**
  sara.romano@doj.ca.gov,timothy.oakes@doj.ca.gov,docketingSFCWA@doj.ca.gov

- **Ryan M. Sandrock**
  rsandrock@sidley.com,hebalogi@sidley.com

- **Brian W. Shaffer**
  bshaffer@morganlewis.com,mmackason@morganlewis.com

- **Scott David Stein**
  sstein@sidley.com,bseifert@sidley.com

- **Cheryl Alesia Stevens**
  cheryl.stevens@cco.sccgov.org

- **Lyndon M. Tretter**
  lmtretter@hhlaw.com

- **Matthew Vocci**
  mtvocci@ober.com

- **James M. Wood**
  jmwood@reedsmith.com,tbrennan@reedsmith.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas A. Cunniff
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311

Kristin M. Hicks
Arnold & Porter LLP
555 Twelfth St., NW
Washington, DC 20004

James P. Muehlerger
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MI 64108

Ann Miller Ravel
Office of the County Counsel
70 West Hedding Street, 9th Floor East Wing
San Jose, CA 95110-1770

Paul Jeffrey Riehle                                  , Esq
Sedgwick Detert Moran & Arnold LLP
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94111-3628
```