FILED

OCT 09 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COUNTY OF SANTA CLARA, On behalf of itself and all others similarly situated, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP; AVENTIS PHARMACEUTICALS INC.; ASTRA USA, INC.; BRISTOL-MYERS SQUIBB COMPANY; PFIZER INC.; BAYER CORPORATION; TAP PHARMACEUTICAL PRODUCTS, INC.; ZLB BEHRING LLC; SCHERING-PLOUGH CORPORATION; SMITHKLINE BEECHAM CORPORATION, DBA GlaxoSmithKline; WYETH PHARMACEUTICALS, INC.; SMITHKLINE BEECHAM CORPORATION; ZENECA INC; WYETH, INC., <br><br> Defendants - Appellees. | No. 09-15216 <br><br> D.C. No. 3:05-cv-03740-WHA Northern District of California, San Francisco <br><br> ORDER |

Before: FISHER, Circuit Judge.

The unopposed motion of the United States for a 14-day extension of time in which to file an amicus brief, filed October 9, 2009, is **granted.**