IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The County of Santa Clara, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.,<br><br>Defendant. | CASE NO. C-05-3740 WHA<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert J. McCully, whose business address and telephone number is

2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550

and who is an active member in good standing of the bar of the Supreme Court of Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 22, 2009.

William Alsup
United States District Judge

IT IS SO ORDERED
/s/ Wm. Alsup
Judge William Alsup