PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON (SBN 61446)
kirke.hasson@pillsburylaw.com
COLIN T. KEMP (SBN 215408)
colin.kemp@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
MERCK & CO., INC. (f/d/b/a
SCHERING-PLOUGH CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRA USA, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. C 05-03740 WHA EMC<br><br>Third Amended Complaint Filed: December 23, 2008<br><br>SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16); NOTICE OF NAME CHANGE<br><br>Trial Date: February 23, 2010 |

NOTICE IS HEREBY GIVEN THAT:

On November 3, 2009, defendant Schering-Plough Corporation consummated a merger with Merck & Co., Inc. under which Merck & Co., Inc. – renamed to "Merck Sharp & Dohme Corp." – became a wholly-owned subsidiary of Schering-Plough Corporation.  In addition, as a result of the merger Schering-Plough Corporation has been renamed "Merck & Co., Inc."  Merck & Co., Inc.'s stock is traded on the New York Stock Exchange under the ticker symbol "MRK."

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Merck & Co., Inc. states that (i) it has no parent company and (ii) there is no publicly held corporation owning 10% or more of its stock.

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest contemplated by Local Rule 3-16 to report.

NOTICE IS ALSO HEREBY GIVEN THAT, hereinafter, the defendant formerly doing business as "Schering-Plough Corporation" should and will be referred to as "Merck & Co., Inc."

Dated:  November 17, 2009

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> KIRKE M. HASSON
> COLIN T. KEMP
> 50 Fremont Street
> Post Office Box 7880
> San Francisco, CA  94120-7880
>
>
> By _____/s/ Colin T. Kemp_____
>
> Attorneys for Defendant
> MERCK & CO., INC. (f/d/b/a/ SCHERING-PLOUGH CORPORATION)

**CERTIFICATE OF SERVICE**

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Fremont Street, San Francisco, California 94105.

I hereby certify that on November 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the CM/ECF participants, and I will also cause to be mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated below.

>James P. Muehlberger
>Shook Hardy & Bacon
>2555 Grand Blvd.
>Kansas City, MO 64108
>
>Ann Miller Ravel
>Office of the County Counsel
>70 West Hedding Street
>9th Floor, East Wing
>San Jose, CA 95110-1770

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: November 17, 2009

      /s/ Colin T. Kemp