United States District Court
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   COUNTY OF SANTA CLARA, on behalf
    of itself and all others similarly situated,
10

11              Plaintiff,                                No. C 05-03740 WHA

12      v.

13   ASTRA USA, INC.; ASTRAZENECA
     PHARMACEUTICALS LP; AVENTIS              **ORDER SCHEDULING**
14   PHARMACEUTICALS, INC.; BAYER            **STATUS CONFERENCE**
     CORP.; BRISTOL-MYERS SQUIBB CO.;
15   PFIZER, INC.; SCHERING-PLOUGH
     CORP.; SMITHKLINE BEECHAM
16   CORP.; TAP PHARMACEUTICAL
     PRODUCTS, INC.; WYETH, INC.;
17   WYETH PHARMACEUTICALS, INC.;
     ZENECA, INC.; ZLB BEHRING LLC; and
18   DOES 1 through 100, inclusive,

19              Defendants.
     _____/
20

21          The Court has read the Ninth Circuit's opinion in this matter filed on December 9, 2009.

22   By **NOON ON DECEMBER 15, 2009**, the parties shall file written statements addressing the

23   impact of this opinion on the present action.  A further status conference will be held

24   **DECEMBER 17, 2009, AT 11:00 A.M.**

25

26          **IT IS SO ORDERED.**

27

28   Dated: December 10, 2009.
                                             _____
                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE