IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASTRA USA, INC.; ASTRAZENECA PHARMACEUTICALS LP; AVENTIS PHARMACEUTICALS, INC.; BAYER CORP.; BRISTOL-MYERS SQUIBB CO.; PFIZER, INC.; SCHERING-PLOUGH CORP.; SMITHKLINE BEECHAM CORP.; TAP PHARMACEUTICAL PRODUCTS, INC.; WYETH, INC.; WYETH PHARMACEUTICALS, INC.; ZENECA, INC.; ZLB BEHRING LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. <br> _____/ | No. C 05-03740 WHA <br><br> **ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE LARSON FOR DISCOVERY** |

On February 19, 2009, this action was referred to Magistrate Judge Larson to supervise discovery disputes. In light of the recent Ninth Circuit opinions in this action, a December 17 order reopened discovery in this action for the limited purpose of allowing plaintiffs to take discovery regarding information underlying defendants' reported prices. The referral of

discovery to Magistrate Judge Larson is withdrawn.  The undersigned will supervise the new discovery and any related discovery disputes.

**IT IS SO ORDERED.**

Dated: December 18, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE