IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE COUNTY OF SANTA CLARA and
THE COUNTY OF SANTA CRUZ, on
behalf of themselves and all others
similarly situated,

    Plaintiff,

  v.

ASTRA USA, INC.; ASTRAZENECA
PHARMACEUTICALS LP; AVENTIS
PHARMACEUTICALS, INC.; BAYER
CORP.; BRISTOL-MYERS SQUIBB CO.;
PFIZER, INC.; SCHERING-PLOUGH
CORP.; SMITHKLINE BEECHAM
CORP.; TAP PHARMACEUTICAL
PRODUCTS, INC.; WYETH, INC.;
WYETH PHARMACEUTICALS, INC.;
ZENECA, INC.; ZLB BEHRING LLC; and
DOES 1 through 100, inclusive,

    Defendants.
    _____/

No. C 05-03740 WHA

**ORDER CLARIFYING
WITHDRAWAL OF
REFERRAL TO MAGISTRATE
JUDGE FOR DISCOVERY**

    This action was previously referred to a magistrate judge to supervise discovery disputes. That referral of discovery disputes is withdrawn. The undersigned will supervise the new discovery and any related discovery disputes.

    **IT IS SO ORDERED.**

Dated: February 12, 2009.

                                                                  WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE