COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
AELISH M. BAIG (201279)
DANIEL J. PFEFFERBAUM (248631)
PHILLIP G. FREEMON (242062)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
jlawrence@csgrr.com
abaig@csgrr.com
dpfefferbaum@csgrr.com
gfreemon@csgrr.com

OFFICE OF SANTA CLARA
  COUNTY COUNSEL
MIGUEL MÁRQUEZ (184621)
TAMARA LANGE (177949)
GRETA HANSEN (251471)
70 West Hedding Street
9th Floor East Wing
San Jose, CA  95110
Telephone:  408/299-5900
408/292-7240 (fax)
Miguel.Márquez@cco.sccgov.org
Tamara.Lange@cco.sccgov.org
Greta.Hansen@cco.sccgov.org

OFFICE OF SANTA CRUZ COUNTY
  COUNSEL
DANA M. McRAE (142231)
701 Ocean Street, Suite 505
Santa Cruz, CA  95060
Telephone:  831/454-2040
831/454-2115 (fax)
CSL001@co.santa-cruz.ca.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRA USA, INC., et al., <br><br> Defendants. | No. C-05-03740-WHA <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF AELISH M. BAIG IN SUPPORT OF PLAINTIFFS' FEBRUARY 25, 2010 CROSS-MOTION AND OPPOSITIONS <br><br> DATE: March 18, 2010 <br> TIME: 8:00 a.m. <br> COURTROOM: The Honorable William H. Alsup |

507191_1

I, Aelish M. Baig, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am of counsel of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Jeff Lawrence, Greg Freemon and I met and conferred in person with all defendants (except for Bayer, with which we met telephonically) regarding plaintiffs' January 7, 2010 discovery requests prior to defendants' serving their objections and pending motions on February 4, 2010. The parties were unable to resolve their disputes. Jeff Lawrence, Greg Freemon and I met and conferred again with counsel for each defendant individually telephonically after the February 4, 2010 filing of defendants' pending motions and objections to plaintiffs' January 7, 2010 discovery requests. During these discussions, plaintiffs' counsel raised various aspects of each defendant's burden declaration(s) in efforts to attempt to narrow the requests so as to expedite the discovery in light of defendants' burden concerns. The parties discussed the possibility of agreeing to search terms and custodians, as well as the possibility of narrowing and sequencing discovery. As a result of these meet-and-confer discussions, plaintiffs' counsel proposed that for those defendants that have over 100 drugs sold to plaintiffs, the discovery be limited to a sample of 25% of the total drugs sold to plaintiffs (sorted by total sales). Plaintiffs' counsel also proposed a sequencing of the production so as to alleviate the purported burden associated with producing textual documents. If defendants produce a number of documents such as SOPs, organizational charts, internal AMP and BP reports and outside reviews of AMP and BP, then the parties can meet and confer and agree upon a universe of search terms and custodians for performing the search for textual documents. All defendants indicated during the meet-and-confer discussions that they would not produce any documents responsive to plaintiffs' January 7, 2010 discovery requests unless and until their pending motions were denied, but that they would consider our proposals to narrow the requests if and when that happened.

507191_1

DECLARATION OF AELISH M. BAIG IN SUPPORT OF PLAINTIFFS' FEBRUARY 25, 2010 CROSS-MOTION AND OPPOSITIONS - C-05-03740-WHA - 1 -

3. On or about February 18, 2010, I participated in a call with Kirke Hasson and Colin Kemp, counsel for Schering-Plough, during which they stated that the six- to nine-month estimate expressed in the burden declaration of Meredith Dwyer for finding responsive documents from the period from 2002 to 2004 was assuming their internal IT people would do it in "whatever free time" they happened to have "on top of their daily responsibilities."

4. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Plaintiffs' First Joint Requests for Production of Documents to All Defendants Pursuant to December 17, 2009 Order Setting Schedule for Additional Discovery;

Exhibit 2: Plaintiffs' First Joint Set of Interrogatories to All Defendants Pursuant to December 17, 2009 Order Setting Schedule for Additional Discovery;

Exhibit 3: Defendants' Responses and Objections to Plaintiffs' First Joint Requests for Production of Documents to All Defendants Pursuant to December 17, 2009 Order Setting Schedule for Additional Discovery;

Exhibit 4: Defendants' Responses and Objections to Plaintiffs' First Joint Set of Interrogatories to All Defendants Pursuant to December 17, 2009 Order Setting Schedule for Additional Discovery;

Exhibit 5: Meet and Confer Letters: 1/11/10 Letter from J. Lawrence to B. Shaffer and J. Jordan; 1/11/10 Letter from J. Lawrence to K. Davidson and F. Alford; 1/11/10 Letter from J. Lawrence to F. Herold; 1/11/10 Letter from J. Lawrence to K. Hasson and C. Kemp; 1/11/10 Letter from J. Lawrence to L. Tretter and P. Riehle; 1/11/10 Letter from J. Lawrence to P. Larson; 1/11/10 Letter from J. Lawrence to R. Raskin and S. Stein; 1/11/10 Letter from J. Lawrence to R. McCully; 1/11/10 Letter from J. Lawrence to J. Handwerker and S. Mayo; 1/15/10 Letter from J. Lawrence to All Defense Counsel; 2/4/10 Letter from J. Lawrence to All Defense Counsel; 2/11/10 Letter from J. Lawrence to All Defense Counsel;

Exhibit 6: Letter from J. Lawrence to All Defense Counsel, dated February 25, 2010;

Exhibit 7: *County of Santa Clara v. Astra USA, Inc.*, No. 09-15216, Order (9th Cir. Dec. 9, 2009);

Exhibit 8: *County of Santa Clara v. Astra USA, Inc.*, No. 06-16471, Order (9th Cir. Feb. 11, 2010);

Exhibit 9: "Drug Giant Pfizer & Two Subsidiaries to Pay $49 Million for Defrauding Drug Medicaid Rebate Program," DOJ Press Release (10/28/02);

Exhibit 10: "Bayer to Pay $14 Million to Settle Claims for Causing Providers to Submit Fraudulent Claims to 45 State Medicaid Programs," DOJ Press Release (1/23/01);

507191_1

DECLARATION OF AELISH M. BAIG IN SUPPORT OF PLAINTIFFS' FEBRUARY 25, 2010 CROSS-MOTION AND OPPOSITIONS - C-05-03740-WHA                                         - 2 -

| | | |
|---|---|---|
| | Exhibit 11: | "AztraZeneca Pharmaceuticals LP Pleads Guilty to Healthcare Crime; Company Agrees to Pay $355 Million to Settle Charges," DOJ Press Release (6/20/03); |
| | Exhibit 12: | "Justice Dept. Civil Fraud Recoveries Total $2.1 Billion for FY 2003 False Claims Act Recoveries Exceed $12 Billion Since 1986," DOJ Press Release (11/10/03); |
| | Exhibit 13: | "Bristol-Myers Squibb to Pay More Than $515 Million to Resolve Allegations of Illegal Drug Marketing and Pricing," DOJ Press Release (9/28/07); |
| | Exhibit 14: | Sample Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer; |
| | Exhibit 15: | Slide Presentation from September 2001 Medicaid Drug Rebate Program Conference, attached as Exhibit 15 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 16: | Wyeth's Government Programs Policy Manual (Effective Date: March 1, 2001), attached as Exhibit 13 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 17: | Wyeth Pricing Committee Minutes from June 24, 1999 Pricing Committee Meeting, attached as Exhibit 1 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 18: | March 1, 2000 Finance Committee Authorization Document, attached as Exhibit 2 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 19: | Excerpt of CMS's Medicaid Drug Rebate Operational Training Guide (September 2001), attached as Exhibit 14 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 20: | Slide Presentation from May 2002 CBI 4th Annual Medicaid Rebates Conference, attached as Exhibit 16 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.); |
| | Exhibit 21: | Protonix Performance Agreements dated 7/14/00; revised 3/12/01; 6/1/01 Amendment; revised 9/3/01; 2/21/02 Amendment; revised 7/1/02; revised 7/1/03; and revised 10/1/04 (attached as Exhibits 5-12 to the Amended Complaint of the United States in *United States ex rel. Kieff v. Wyeth*, No. 03-12366-DPW (D. Mass.)); |
| | Exhibit 22: | Schering-Plough Settlement Agreement and Release; |
| | Exhibit 23: | Defendant Pfizer Inc.'s Responses and Objections to Plaintiff Santa Clara's Third Set of Requests for Production of Documents to Defendant Pfizer Inc.; and |

507191_1

DECLARATION OF AELISH M. BAIG IN SUPPORT OF PLAINTIFFS' FEBRUARY 25, 2010 CROSS-MOTION AND OPPOSITIONS - C-05-03740-WHA   - 3 -

1      Exhibit 24:     Excerpts of Transcript of Proceedings from December 17, 2009 Hearing;

2      I declare under penalty of perjury under the laws of the United States that the foregoing is

3 true and correct. Executed this 25th day of February, 2010, at San Francisco, California.

4                                                /s/ Aelish M. Baig

                                                 AELISH M. BAIG

507191_1

DECLARATION OF AELISH M. BAIG IN SUPPORT OF PLAINTIFFS' FEBRUARY 25, 2010 CROSS-MOTION AND OPPOSITIONS - C-05-03740-WHA - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 25, 2010.

    /s/ Aelish M. Baig
AELISH M. BAIG

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:abaig@csgrr.com

507191_1

**Mailing Information for a Case 3:05-cv-03740-WHA**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fletcher C. Alford**
  falford@gordonrees.com,rpolk@gordonrees.com

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **Aelish Marie Baig**
  AelishB@csgrr.com,aserros@csgrr.com,khuang@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Richard Cutler**
  richard.cutler@dechert.com,jocelyn.levy@dechert.com

- **Kelly Jeanne Davidson**
  kjdavidson@ober.com,pascott@ober.com

- **Alicia J. Donahue**
  adonahue@shb.com,egonsalves@shb.com,amoresco@shb.com,SFDISTRIBUTION@shb.com,rdarmstadt@shb.com

- **Steven M. Edwards**
  smedwards@hhlaw.com

- **Jessica P. Feingold**
  jpfeingold@hhlaw.com

- **Matthew A. Fischer**
  matthew.fischer@sdma.com,sdmacalendaring@sdma.com,rosanna.garfias@sdma.com

- **Gregory Phillip Freemon**
  GFreemon@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Lawrence Handwerker**
  jeffrey_handwerker@aporter.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Frederick George Herold**
  Frederick.Herold@Dechert.com

- **Kristin Michelle Hicks**
  kristin.hicks@aporter.com

- **Stephen Craig Holden**
  scholden@ober.com

- **Peter K. Huston**
  Peter.Huston@usdoj.com,Liliana.Vallejo@usdoj.gov

- **Jaime L.M. Jones**
  jaime.jones@sidley.com,krockwell@sidley.com

- **Jennifer B. Jordan**
  jjordan@morganlewis.com,berobinson@morganlewis.com

- **Colin T. Kemp**
  colin.kemp@pillsburylaw.com,docket@pillsburylaw.com,catherine.schmitz@pillsburylaw.com

- **Rosalie Euna Kim**
  ekim@reedsmith.com

- **Molly Moriarty Lane**
  mlane@morganlewis.com

- **Tamara Lange , Esq**
  tamara.lange@cco.sccgov.org,miguel.marquez@cco.sccgov.org,alexandra.weight@cco.sccgov.org

- **Peter Nels Larson**
  pnlarson@jonesday.com,ybennett@jonesday.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Miguel Alberto Marquez**
  miguel.marquez@cco.sccgov.org

- **Sharon D. Mayo**
  sharon_mayo@aporter.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com,eric@mcdermottnewman.com

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Jacqueline Eve Mottek**
  JacquiM@csgrr.com,mdevin@csgrr.com,amatney@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,lbowman@csgrr.com,cburke@csgrr.com,fjanecek@csgrr.com,jgilyard@csg

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,gfreemon@csgrr.com,e_file_sd@csgrr.com

- **Richard Raskin**
  rraskin@sidley.com,efilingnotice@sidley.com,sstein@sidley.com,krockwell@sidley.com

- **Paul Jeffrey Riehle**
  paul.riehle@sdma.com,richard.scocchera@sdma.com,phyllis.flynn@sdma.com,jia-ming.shang@sdma.com,SDMAcalendaring@sdma.com,diana.sciamanna@sdma.com

- **Sara J. Romano**
  sara.romano@doj.ca.gov,timothy.oakes@doj.ca.gov,docketingSFCWA@doj.ca.gov

- **Ryan M. Sandrock**
  rsandrock@sidley.com,hebalogi@sidley.com

- **Bevin B. Seifert**
  bseifert@sidley.com

- **Brian W. Shaffer**
  bshaffer@morganlewis.com,mmackason@morganlewis.com

- **Jia-Ming Shang**
  jiaming.shang@sdma.com,SDMAcalendaring@sdma.com

- **Scott David Stein**
  sstein@sidley.com,bseifert@sidley.com

- **Lyndon M. Tretter**
  lmtretter@hhlaw.com

- **Laura Riposo Vandruff**
  laura.riposo.vandruff@aporter.com

- **Matthew Vocci**
  mtvocci@ober.com

- **David L. Wallach**
  dwallach@jonesday.com,saltamirano@jonesday.com

- **James M. Wood**
  jmwood@reedsmith.com,tbrennan@reedsmith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas A. Cunniff
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311

Carol Geisler
Jones Day
77 West Wacker Dr.
Chicago, IL 60601

Robert J. McCully
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

James P. Muehlerger
Shook Hardy & Bacon
2555 Grand Blvd
Kansas City, MI 64108

Abby Wakefield
Jones Day
77 West Wacker Dr.
Chicago, IL 60601
```