United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, and THE COUNTY OF SANTA CRUZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRA USA, INC., et. al.,<br><br>    Defendants.<br>_____/ | No. C 05-03740 WHA<br><br>**ORDER CLARIFYING STAGE ONE DISCOVERY ORDER** |

      This order is in response to defendants' request for clarification regarding the stage one discovery order. As to paragraph 11, "the reports to CMS" refer to *all* reports to CMS during the relevant time period. Paragraph 10 is an inadvertent duplication of paragraph 4 and should be disregarded. Defendants should produce documents relevant to the request in paragraph 4 as to *all* reports to CMS during the relevant time period.

      **IT IS SO ORDERED.**

Dated: March 29, 2010.

                                                              WILLIAM ALSUP<br>
                                                             UNITED STATES DISTRICT JUDGE