IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE COUNTY OF SANTA CLARA, and
THE COUNTY OF SANTA CRUZ,

    Plaintiffs,

  v.

ASTRA USA, INC., et. al.,

    Defendants.
                                /

No. C 05-03740 WHA

**ORDER CLARIFYING STAGE ONE DISCOVERY ORDER**

      This order is in response to defendants' request for clarification regarding the stage one discovery order. As to paragraph 11, "the reports to CMS" refer to *all* reports to CMS during the relevant time period. Paragraph 10 is an inadvertent duplication of paragraph 4 and should be disregarded. Defendants should produce documents relevant to the request in paragraph 4 as to *all* reports to CMS during the relevant time period.

      **IT IS SO ORDERED.**

Dated: March 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE