

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, and THE COUNTY OF SANTA CRUZ,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ASTRA USA, INC., et al.,<br><br>　　　　　　Defendants. | Case No. C 05-03740 WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION OF ERICA SMITH-KLOCEK FOR ADMISSION** *PRO HAC VICE* |

Erica Smith-Klocek, whose business address and telephone number is Morgan, Lewis & Bockius LLP, 1701 Market St., Philadelphia, PA 19103, Telephone No.: 215.963.5000, and an active member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New York, applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing defendant Pfizer, Inc.

It is HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED.**

DATED: __May 11__, 2010



JUDGE WILLIAM H. ALSUP

[PROPOSED] ORDER GRANTING APPLICATION OF
ERICA SMITH-KLOCEK FOR ADMISSION *PRO HAC VICE*
C-05-03740-WHA