RECEIVED
2010 MAY 27 P 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA, et al.

Plaintiff,

v.

ASTRA USA, INC., et al.

Defendant.

CASE NO. C 05-03740-WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Wayne C. Matus, whose business address and telephone number is Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York, 100036, (212) 858-1774.

and who is an active member in good standing of the bar of District Court, S.D.N.Y having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 14, 2010.

_____
William A[lsup]
United States [District Judge]

IT IS SO ORDERED
Judge William Alsup