RECEIVED

2010 JUN 22  P 3: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE COUNTY OF SANTA CLARA, and THE COUNTY OF SANTA CRUZ, | ) ) ) | Case No. C 05-03740 WHA |
|---|---|---|
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] ORDER GRANTING APPLICATION OF DIANA P. CORTES FOR ADMISSION *PRO HAC VICE* |
| v. | ) ) | |
| ASTRA USA, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

1  Diana P. Cortes, whose business address and telephone number is Morgan, Lewis &
2  Bockius LLP, 1701 Market St., Philadelphia, PA 19103, Telephone No.: 215.963.5000, and
3  an active member in good standing of the bar of the Commonwealth of Pennsylvania,
4  applied in the above-entitled action for admission to practice in the United States District
5
6  Court for the Northern District of California on a *pro hac vice* basis representing defendant
7  Pfizer, Inc.
8  It is HEREBY ORDERED that the application is GRANTED, subject to the terms
9  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
10 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to
12 the requirements contained in General Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED.**

DATED: __June 23__, 2010



_____
JUDGE WILLIAM H. ALSUP

[PROPOSED] ORDER GRANTING APPLICATION OF
DIANA CORTES FOR ADMISSION *PRO HAC VICE*
C-05-03740-WHA