1  Peter N. Larson, Esq. (SBN 153448)
2  David L. Wallach, Esq. (SBN 233432)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Main Tel:  415.626.3939
   Fax:  415.875.5700
5  Email: pnlarson@jonesday.com

6  Attorneys for Defendant
   TAP PHARMACEUTICAL PRODUCTS
7  INC., n/k/a TAKEDA PHARMACEUTICALS
   NORTH AMERICA, INC.

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13  | THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated, | CASE NO. C-05-03740 (WHA) |
    |---|---|
    | Plaintiff, | [PROPOSED] ORDER EXTENDING TIME FOR TAP PHARMACEUTICAL PRODUCTS INC. TO FILE A DECLARATION PURSUANT TO CIVIL LOCAL RULE 79-5(d) |
    | v. | |
    | ASTRA USA, INC., et al. | |
    | Defendants. | |

1   Having considered the papers submitted in support of Defendant TAP Pharmaceutical
2   Products Inc.'s Motion to Extend the Time to File A Declaration Pursuant to Civil Local Rule
3   79-5(d),

4   IT IS HEREBY ORDERED THAT

5   The Motion is GRANTED.  No later than July 8, 2010, TAP shall file its declaration in
6   support of Plaintiffs' Administrative Motion to File Under Seal Exhibits 1-21 to the Declaration
7   of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two
8   Discovery and Further Class Certification Procedures.  Exhibit 7 to the Declaration of Jeffrey W.
9   Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and
10  Further Class Certification Procedures will not be placed in the public record in the interim.  Page
11  8 lines 21 to 28 and page 12 lines 23 to 25 of plaintiffs' Memorandum Regarding Proposed Stage
12  Two Discovery and Further Class Certification Procedures, which refer to information in Exhibit
13  7 also will not be placed in the public record in the interim.

15  Dated: July 6, 2010

16  By: _____
17  The Honorable William H. Alsup



SFI-645155v1

[PROPOSED] ORDER
EXTENDING TIME
- 1 -    CASE NO. C 05-03740 WHA