Alicia J. Donahue SBN 117412
adonahue@shb.com
Ina D. Chang, SBN 240784
ichang@shb.com
Shook, Hardy & Bacon L.L.P.
333 Bush Street, Ste. 600
San Francisco, CA 94104
Telephone:    415.544.1900
Facsimile:    415.391.0281

James P. Muehlberger *(admitted pro hac vice)*
jmuehlberger@shb.com
Robert J. McCully *(admitted pro hac vice)*
rmccully@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:    816-474-6550
Facsimile:    816-421-5547

Attorneys for Defendant
AVENTIS PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.<br><br>Defendants. | CASE NO. C-05-03740 (WHA)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AVENTIS PHARMACEUTICALS INC., WYETH AND WYETH PHARMACEUTICALS INC., TO FILE DECLARATIONS PURSUANT TO CIVIL L.R. 79-5(d) |

Whereas, on June 28, 2010 Plaintiffs filed an Administrative Motion to File Under Seal Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures;

Whereas, under Civil Local Rule 79-5(d), to retain these exhibits under seal Defendants must file by July 6, 2010 declarations establishing that they are sealable;

Whereas, Defendants Aventis Pharmaceuticals Inc., Wyeth and Wyeth Pharmaceuticals, Inc., ("Defendants") are unable to execute such declarations by July 6 as a result of the Independence Day holiday;

THE PARTIES HEREBY STIPULATE THAT:

Defendants' declarations in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures shall be extended by two days, so that they will be due by July 8, 2010. In the interim, Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures and the unredacted version of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures shall not be placed in the public record.

| | |
|---|---|
| Dated: July 6, 2010 | Respectfully submitted, |
| | Shook Hardy & Bacon |
| | By: /s/ Ina D. Chang |
| |      Ina D. Chang |
| | Attorneys for Defendant<br>Aventis Pharmaceuticals, Inc. |
| Dated: July 6, 2010 | Ober Kaler |
| | By: /s/ Kelly J. Davidson |
| | Kelly J. Davidson<br>Attorneys for Defendants<br>Wyeth and Wyeth Pharmaceuticals, Inc. |
| Dated: July 6, 2010 | Robbins Geller Rudman & Dowd LLP |
| | By: /s/ Jeffrey W. Lawrence |
| |      Jeffrey W. Lawrence |
| | Attorneys for Plaintiffs |
| Dated: July 7, 2010 | |
| | By: _____<br>The Honorable William Alsup |

IT IS SO ORDERED

Judge William Alsup