FREDERICK G. HEROLD (State Bar No. 229239)
RICHARD J. CUTLER (State Bar No. 146180)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone:  650.813.4800
Facsimile:   650.813.4848
frederick.herold@dechert.com
richard.cutler@dechert.com

Attorneys for Defendant SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.,<br><br>Defendants. | Case No. C-05-3740 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE TO FILE DECLARATION PURSUANT TO CIVIL L.R. 79-5(D)** |

1  Whereas, on June 28, 2010 Plaintiffs filed an Administrative Motion to File Under
2  Seal Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs'
3  Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification
4  Procedures;

5  Whereas, under Civil Local Rule 79-5(d), to retain these exhibits under seal GSK
6  must file by July 6, 2010 a declaration establishing that they are sealable;

7  Whereas, Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline
8  ("GSK") is unable to execute such declaration by July 6, 2010 as a result of the
9  Independence Day holiday;

10  THE PARTIES HEREBY STIPULATE THAT:

11  GSK's declaration in support of Plaintiffs' Administrative Motion to File Under
12  Seal Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs'
13  Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification
14  Procedures shall be extended by two days, so that it will be due by July 8, 2010.  In the
15  interim, Exhibits 1-21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs'
16  Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification
17  Procedures and the unredacted version of Plaintiffs' Memorandum Regarding Proposed
18  Stage Two Discovery and Further Class Certification Procedures shall not be placed in the
19  public record.

1 | Dated: July 6, 2010 | Respectfully submitted,

2 | | Dechert LLP

4 | | By: /s/ Richard J. Cutler
  | |     Richard J. Cutler

5 | | Attorneys for Defendant
  | | SmithKline Beecham Corp. d/b/a
6 | | GlaxoSmithKline

8 | Dated: July 6, 2010 | Robbins Geller Rudman & Dowd LLP

10 | | By: /s/ Aelish Baeg
   | |     Aelish Baeg

11 | | Attorneys for Plaintiffs

14 | Dated: July _7_, 2010 |

15 | | By: _____
   | | The Honorable William Alsup

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR GSK TO FILE DECLARATION
Case No. C-05-03740-WHA

13836551