1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ, | ) ) ) | Case No. C 05-CV-03740-WHA |
|---|---|---|
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] SEALING ORDER |
| v. | ) ) | |
| ASTRA USA, INC., et. al. | ) ) | |
| Defendants. | ) ) ) | |

Having considered the submissions regarding Plaintiffs' Administrative Motion to File Under Seal Exhibit 4 of the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures ("Memorandum"), it is HEREBY ordered that Exhibit 4 and references thereto in the Memorandum at pages 11:10-15 and 12:15-17 shall be sealed.

IT IS SO ORDERED.

Dated: __July 12, 2010._____

_____
THE HONORABLE JUDGE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

Submitted by:

SIDLEY AUSTIN LLP
SAMUEL MILLER (SBN 66871)
srmiller@sidley.com
555 California Street, Suite 200
San Francisco, CA  94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

RICHARD D. RASKIN (admitted *pro hac vice*)
rraskin@sidley.com
SCOTT D. STEIN (admitted *pro hac vice*)
sstein@sidley.com
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
BAYER CORPORATION

SUBMITTED: July 6, 2010

CHI 4832031v.1

–2–   [PROPOSED] SEALING ORDER