1  Peter N. Larson, Esq. (SBN 153448)
2  David L. Wallach, Esq. (SBN 233432)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Main Tel:  415.626.3939
   Fax:  415.875.5700
5  Email: pnlarson@jonesday.com

6  James R. Daly, Esq.
   JONES DAY
7  77 West Wacker
   Chicago, IL  60601-1692
8  Telephone:    312.782.3939
   Facsimile:    312.782.8585
9
   Attorneys for Defendant
10 TAP PHARMACEUTICAL PRODUCTS
   INC., n/k/a TAKEDA PHARMACEUTICALS
11 NORTH AMERICA, INC.

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>19         Plaintiff,<br><br>20         v.<br><br>21  ASTRA USA, INC., et al.<br><br>22         Defendants. | CASE NO. C-05-03740 (WHA)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' BRIEF AND EXHIBIT 7 TO THE LAWRENCE DECLARATION PURSUANT TO LOCAL RULE 79-5** |

23

24
        Having considered Plaintiffs' Administrative Motion to File Under Seal (Dkt. 642), the
25
   response by defendant TAP Pharmaceutical Products Inc. ("TAP") and the Declaration of Glenn
26
   A. Weiglein submitted in support thereof pursuant to Local Rule 79-5,
27

28

                                                    [~~Proposed~~] Order to File Under Seal
                                                    Case No. C-05-03740

1   IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to File Under Seal
2   (Dkt. 642) is GRANTED as follows:  The Clerk of Court shall file under seal the unredacted
3   versions of:  (1) Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further
4   Class Certification Procedures and (2) Exhibit 7 to the Declaration of Jeffrey W. Lawrence in
5   Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class
6   Certification.

**IT IS SO ORDERED.**

Dated: ___July 12___, 2010     By: _____
The Honorable William H. Alsup

SFI-645068v1

*IT IS SO ORDERED*
*Judge William Alsup*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)