1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KIRKE M. HASSON  (SBN 61446)
2  kirke.hasson@pillsburylaw.com
   COLIN T. KEMP  (SBN 215408)
3  colin.kemp@pillsburylaw.com
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA  94120-7880
   Telephone:    (415) 983-1000
6  Facsimile:    (415) 983-1200

7
   Attorneys for Defendant
8  MERCK & CO., INC.
   (f/k/a SCHERING-PLOUGH CORPORATION)
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
14  THE COUNTY OF SANTA CLARA, on          )   Case No. C 05-03740 WHA
    Behalf of Itself and All Others Similarly  )
15  Situated,                              )   [~~PROPOSED~~] SEALING ORDER
                                           )
16              Plaintiff,                 )
                                           )
17      vs.                                )
                                           )
18  ASTRA USA, INC., et al.                )
19                                         )
                Defendants.                )
20                                         )
                                           )
21                                         )
                                           )
22                                         )

23

24

25

26

27

28

[~~PROPOSED~~] SEALING ORDER
CASE NO. C 05-03740 WHA

1    Having considered the submissions regarding Plaintiffs' Administrative Motion to File
2    Under Seal Exhibit 6 of the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs'
3    Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification
4    Procedures ("Memorandum"), it is HEREBY ordered that Exhibit 6 and references thereto in the
5    Memorandum (*i.e.*, at page 16, line 17, footnote 6; page 9, lines 8-15; page 9, line 26-28,
6    footnote 8; and page 12, lines 17-21) shall be sealed.

8    IT IS SO ORDERED.

10   Dated: ____July 12____, 2010.        _____
11                                          Hon. Judge William H. Alsup
12                                          United States

*IT IS SO ORDERED*
*Judge William Alsup*