MOLLY MORIARTY LANE (SBN 149206)
KARIN KRATTLI SALAMEH (SBN 252034)
MORGAN, LEWIS & BOCKIUS LLP
mlane@morganlewis.com
ksalameh@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
BRIAN W. SHAFFER (admitted *pro hac vice*)
bshaffer@morganlewis.com
ERICA SMITH-KLOCEK (admitted *pro hac vice*)
esklocek@morganlewis.com
DIANA P. CORTES (admitted *pro hac vice*)
dcortes@morganlewis.com
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for Defendant
PFIZER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, and THE COUNTY OF SANTA CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRA USA, INC., et al.,<br><br>Defendants. | Case No. C 05-03740 WHA<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    July 8, 2010<br>Time:    11:00 a.m.<br>Judge:   The Honorable William H. Alsup<br>Place:   Courtroom 9 |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal ("Administrative Motion") and the Declaration of Brian W. Shaffer in Support of Filing of Documents Under Seal Pursuant to Local Rule 79-5(d), the Administrative Motion is hereby

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/65157112.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 05-03740 WHA

GRANTED and the Court orders the following documents sealed:

1. Exhibit 2 to Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures;

2. Exhibit 10 to Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures; and

3. Exhibit 21 to Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures; and

4. The following portions of Plaintiffs' Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification Procedures: page 5, lines 11 to 19 and footnote five; page 6, lines 18 to 20 and footnote six; page 8, lines 19 to 28; page 11, lines 1 to 9; page 13, lines 7 to 12 and lines 15 to 17; page 14, lines 18 to 27; page 15, lines 2 to 15; page 16, lines 5 to 11 and lines 18 to 23; page 17, footnote 11; page 21, lines 2 to 8.

**IT IS SO ORDERED.**

DATED: July 12, 2010.



Hon. _____
United _____
Judge William Alsup

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/65157112.1

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 05-03740 WHA