1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    PAUL J. RIEHLE  (SBN 115199)  *paul.riehle@sdma.com*
2    MATTHEW A. FISCHER  (SBN 191451) *matthew.fischer@sdma.com*
    One Market Plaza
3    Steuart Tower, 8th Floor
    San Francisco, California 94105
4    Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
5
    HOGAN & HARTSON, L.L.P.
6    LYNDON M. TRETTER (*Admitted Pro Hac Vice*)
    STEVEN M. EDWARDS (*Admitted Pro Hac Vice*)
7    JESSICA P. FEINGOLD (*Admitted Pro Hac Vice*)
    875 Third Avenue, Suite 2600
8    New York, NY  10012
    Telephone:  (212) 918-3000
9    Facsimile:   (212) 918-3100
    *Email:  lmtretter@hhlaw.com*
10   *Email: smedwards@hhlaw.com*
    Email: jpfeingold@hhlaw.com
11   Attorneys for Defendant
    Bristol-Myers Squibb Company

12

13

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18   THE COUNTY OF SANTA CLARA, THE COUNTY OF SANTA CRUZ, and THE COUNTY OF RIVERSIDE, On Behalf of Themselves and All Others Similarly Situated, | Case No. C 05-03740 WHA |
| | Third Amended Complaint Filed: December 23, 2008 |
|                Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|      v. | |
| ASTRA USA, INC., et. al., | DATE:           July 8, 2010 |
| | TIME:           11:00 a.m. |
|                Defendants. | COURTROOM:   The Hon. William Alsup |

25

26

27

28

Case No. C 05-03740 WHA
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1    Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the

2 Declaration of Katherine Larkin Pursuant to Civil Local Rule 79-5(d) in Support of Plaintiffs'

3 Administrative Motion to File Under Seal, the Administrative Motion is hereby granted and the

4 Court orders the following documents sealed:

5    1.    Exhibit 12 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs'

6 Memorandum Regarding Proposed Stage Two Discovery and Further Class Certification

7 Procedures; and

8    2.    The following portion of Plaintiffs' Memorandum Regarding Proposed Stage

9 Two Discovery and Further Class Certification Procedures: page 22, lines 22-24.

10

11    **IT IS SO ORDERED.**

12

13    Dated: _____   July 12, 2010.    _____

14    Hon. William H. Alsup



15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

Case No. C 05-03740 WHA

ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL