1  Alicia J. Donahue SBN 117412
   adonahue@shb.com
2  Ina D. Chang, SBN 240784
   ichang@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Ste. 600
4  San Francisco, CA 94104
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  James P. Muehlberger (admitted pro hac vice)
   jmuehlberger@shb.com
7  Robert J. McCully (admitted pro hac vice)
   rmccully@shb.com
8  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
9  Kansas City, MO 64108
   Telephone:    816-474-6550
10 Facsimile:    816-421-5547

11
   Attorneys for Defendant
12 AVENTIS PHARMACEUTICALS INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | THE COUNTY OF SANTA CLARA, On        ) | Case No. C-05-03740-WHA
   | Behalf of Itself and All Others Similarly ) |
17 | Situated                             ) | [PROPOSED] ORDER GRANTING
   |                                      ) | PLAINTIFFS' ADMINISTRATIVE
18 | Plaintiff,                           ) | MOTION TO FILE UNDER SEAL
   |                                      ) | EXHIBIT 20 OF THE DECLARATION OF
19 | vs.                                  ) | JEFFREY W. LAWRENCE IN SUPPORT
   |                                      ) | OF PLAINTIFFS' MEMORANDUM
20 | ASTRA USA, INC., et al.              ) | REGARDING PROPOSED STAGE TWO
   |                                      ) | DISCOVERY AND FURTHER CLASS
21 | Defendants.                          ) | CERTIFICATION
   |                                      ) |
22 |_____) |

23

24

25

26

27                                    1
                          [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
28                                              TO FILE EXHIBIT 20 UNDER SEAL
                                                  CASE NO. C-05-03740-WHA

188314 v2

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to Plaintiffs' June 28, 2010 Administrative Motion to File Under Seal Exhibits 1-
3  21 to the Declaration of Jeffrey W. Lawrence in Support of Plaintiffs' Memorandum Regarding
4  Proposed Stage Two Discovery and Further Class Certification Procedure, with respect to Exhibit
5  20 attached thereto (hereafter referred to as "Exhibit 20"), as well as the July 7, 2010 Declaration
6  of Barbara Missaggia, it is the Court's finding that Exhibit 20 and page 13, lines 1-3 of Plaintiffs'
7  Memorandum Regarding Proposed Phase Two Discovery and Further Class Certification
8  Proceedings referring to Exhibit 20 shall be filed under seal.

9  IT IS SO ORDERED.

Dated: July 12, 2010

By: _____
The Honorable William Alsup



2
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO FILE EXHIBIT 20 UNDER SEAL
CASE NO. C-05-03740-WHA

188314 v2