IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ASTRA USA, INC., ASTRA ZENECA PHARMACEUTICALS LP, EVENTS PHARMACEUTICALS, INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, PFIZER, INC., SCHERING-PLOUGH CORPORATION TAP PHARMACEUTICAL PRODUCTS, INC., ZENECCA, INC., ZLB BEHRING LLC, SMITHKLINE BEECHAM CORPORATION, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXO SMITHKLINE, WYETH, INC., WYETH PHARMACEUTICALS, INC.,<br><br>   Defendants.<br>                                                                    / | No. C 05-03740 WHA<br><br>**FURTHER ORDER CLARIFYING THIRD AMENDED CASE MANAGEMENT ORDER RE NON-PARTY SUBPOENAS** |

   To be clear, the two subpoenas to non-party entities may cover more than two drugs so that a subpoena to Kaiser, for example, can cover drugs produced by multiple defendants so long as the overall subpoena is reasonable and non-burdensome.

   **IT IS SO ORDERED.**

Dated:  August 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE