**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE COUNTY OF SANTA CLARA, on behalf
of itself and all others similarly situated,

    Plaintiffs,

  v.

ASTRA USA, INC., ASTRA ZENECA
PHARMACEUTICALS LP, EVENTS
PHARMACEUTICALS, INC., BAYER
CORPORATION, BRISTOL-MYERS SQUIBB
COMPANY, PFIZER, INC.,
SCHERING-PLOUGH CORPORATION TAP
PHARMACEUTICAL PRODUCTS, INC.,
ZENECCA, INC., ZLB BEHRING LLC,
SMITHKLINE BEECHAM CORPORATION,
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXO SMITHKLINE, WYETH, INC.,
WYETH PHARMACEUTICALS, INC.,

    Defendants.
                                               /

No. C 05-03740 WHA

**ORDER REGARDING
DEFENDANT AVENTIS'S
OBJECTIONS TO
PLAINTIFFS' DESIGNATION
OF AMBIEN IN DISCOVERY
REQUESTS**

Issued on July 9, 2010, the third amended case management order (Dkt. No. 667) is the operative scheduling order in this matter. Among other items, it ordered that each defendant must answer under oath two interrogatories regarding a single drug selected by plaintiffs for that defendant (July 9 order at 2). Defendant Aventis Pharmaceuticals Inc. has now filed an objection to the drug — Ambien — chosen by plaintiffs as to it. Aventis argues that Ambien is not a

1  product as issue in this action.  Plaintiffs shall respond in a brief of no more than 5 pages no later
2  than **NOON ON THURSDAY, AUGUST 12, 2010**.

4      **IT IS SO ORDERED.**

6  Dated:  August 10, 2010.



                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California