IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRA USA, INC., ASTRA ZENECA PHARMACEUTICALS LP, EVENTS PHARMACEUTICALS, INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, PFIZER, INC., SCHERING-PLOUGH CORPORATION TAP PHARMACEUTICAL PRODUCTS, INC., ZENECCA, INC., ZLB BEHRING LLC, SMITHKLINE BEECHAM CORPORATION, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXO SMITHKLINE, WYETH, INC., WYETH PHARMACEUTICALS, INC.,<br><br>Defendants.<br>_____/ | No. C 05-03740 WHA<br><br>**ORDER REGARDING DEFENDANT AVENTIS'S REQUEST TO FILE A REPLY IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S DESIGNATION OF AMBIEN IN DISCOVERY REQUESTS** |

Defendant Aventis Pharmaceuticals Inc. has requested leave to file a reply in support of its objection to plaintiff's designation of Ambien in Stage Two discovery. Defendant shall file a reply brief of no more than 4 pages no later than **NOON ON FRIDAY, AUGUST 13, 2010**.

**IT IS SO ORDERED.**

Dated: August 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE