United States District Court

For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   THE COUNTY OF SANTA CLARA, on behalf
     of itself and all others similarly situated,

11                                                              No. C 05-03740 WHA

12                 Plaintiffs,

13        v.
                                                              **ORDER DENYING**
14   ASTRA USA, INC., ASTRA ZENECA                             **PLAINTIFFS' MOTION TO**
     PHARMACEUTICALS LP, EVENTS                                **SEAL THEIR RESPONSE**
15   PHARMACEUTICALS, INC., BAYER                              **TO DEFENDANT AVENTIS'S**
     CORPORATION, BRISTOL-MYERS SQUIBB                         **OBJECTIONS TO**
16   COMPANY, PFIZER, INC.,                                    **PLAINTIFFS' DESIGNATION**
     SCHERING-PLOUGH CORPORATION TAP                           **OF AMBIEN FOR**
17   PHARMACEUTICAL PRODUCTS, INC.,                            **INTERROGATORY**
     ZENECCA, INC., ZLB BEHRING LLC,                          **RESPONSES**
18   SMITHKLINE BEECHAM CORPORATION,
     SMITHKLINE BEECHAM CORPORATION
19   d/b/a GLAXO SMITHKLINE, WYETH, INC.,
     WYETH PHARMACEUTICALS, INC.,

20

21                 Defendants.
                                                      /

22        Defendant Aventis recently objected to the designation of Ambien by plaintiffs as the

23   product about which defendant Aventis would have to answer two court-ordered interrogatories

24   (Dkt. No. 685).  Plaintiffs were granted leave to respond, and, in so doing, they concurrently

25   filed a motion to file their response, and two exhibits to their supporting declaration, under seal

26   (Dkt. No. 687).

27        Plaintiffs filed their motion without narrowly tailoring their request to seal portions of

28   their response in accordance with Civil Local Rule 79-5(a).  Furthermore, according to the

     declaration submitted in support of plaintiffs' motion, the documents at issue include testimony

and documents that *defendants* designated as confidential or highly confidential.  Defendants have not filed a declaration establishing that the designated information is sealable, or withdrawn the designation of confidentiality, in compliance with Civil Local Rule 79-5(d).

Plaintiffs' motion is therefore **DENIED**.  Plaintiffs must make their response and supporting documents part of the public record.

**IT IS SO ORDERED.**

Dated:  August 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California