UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ASTRA USA, INC., et al.,<br><br>            Defendants. | No. C-05-03740-WHA<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] SEALING ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEFENDANTS' STAGE ONE DISCOVERY |

1  Having considered all of the papers submitted in support of Plaintiffs' Administrative Motion
2  to File Under Seal Plaintiffs' Motion to Compel Production of Defendants' Stage One Discovery
3  ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is
4  GRANTED.  Plaintiffs' Motion to Compel Production of Defendants' Stage One Discovery is
5  hereby granted to be filed under seal.
6  IT IS SO ORDERED.

7
8  DATED:  September 10, 2010.         _____
                                       THE HONORABLE WILLIAM ALSUP
9                                      UNITED STATES DISTRICT JUDGE