**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, PFIZER INC., SCHERING-PLOUGH CORPORATION, TAP PHARMACEUTICAL PRODUCTS INC., ZENECCA INC., ZLB BEHRING, LLC, SMITHKLINE BEECHAM CORPORATION, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, WYETH, INC., WYETH PHARMACEUTICALS INC.,<br><br>Defendants.<br>_____/ | No. C 05-03740 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AVENTIS PHARMACEUTICALS INC.'S REQUEST TO SEAL EXHIBIT 3, ENTERED INTO EVIDENCE AT THE AUGUST 31, 2010 HEARING, AND PART OF TRANSCRIPT** |

    A hearing was held on August 31, 2010, concerning defendant Aventis Pharmaceuticals Inc.'s objection to one of plaintiffs' designations in discovery. At that hearing, one witness testified and seven pieces of evidence — three from plaintiffs and four from defendant Aventis — were received into evidence. Defendant subsequently filed a request for administrative relief to seal plaintiffs' exhibit 3 from the hearing, as well as "all references to this exhibit in the hearing transcript" (Dkt. No. 706). A prior order in this case granted relief to file the contents of exhibit 3 under seal, so the current request as to exhibit 3 is **GRANTED**. The request as to the hearing transcript, however, is not narrowly tailored pursuant to Civil Local Rule 79-5.

Furthermore, the relevant testimony occurred in open court. The request as to the transcript is therefore **DENIED**. Defendant is granted leave to file a renewed, narrowly-tailored request as to the transcript by **SEPTEMBER 17, 2010.**

**IT IS SO ORDERED.**

Dated: September 10, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE