SEDGWICK, DETERT, MORAN & ARNOLD LLP
PAUL J. RIEHLE  (SBN 115199)  paul.riehle@sdma.com
MATTHEW A. FISCHER  (SBN 191451) matthew.fischer@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

HOGAN LOVELLS US LLP
LYNDON M. TRETTER (*Admitted Pro Hac Vice*)
STEVEN M. EDWARDS (*Admitted Pro Hac Vice*)
JESSICA P. FEINGOLD (*Admitted Pro Hac Vice*)
875 Third Avenue, Suite 2600
New York, NY  10012
Telephone:  (212) 918-3000
Facsimile:   (212) 918-3100
Email:  lmtretter@hoganlovells.com
Email: smedwards@hoganlovells.com
Email: jpfeingold@hoganlovells.com

Attorneys for Defendant Bristol-Myers Squibb Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>ASTRA USA, INC., et. al.<br><br>                        Defendants. | Case No. C 05-03740 WHA<br><br>Complaint Filed: December 23, 2008<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION OF EVA L. DIETZ FOR ADMISSION *PRO HAC VICE*** |

1    Eva L. Dietz, whose business address and telephone number is Hogan Lovells US LLP,
2    875 Third Avenue, New York, NY 10022, 212-918-3000, and who is an active member in good
3    standing of the bars of the United States District Court for the Southern Districts of New York and
4    the State of New York, having applied in the above-entitled action for admission to practice in the
5    United States District Court for the Northern District of California on a *pro hac vice* basis,
6    representing Bristol-Myers Squibb Company,

7    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and
8    conditions of Northern District of California Civil Local Rule 11-3.  All papers filed by the
9    attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with
10   co-counsel designated in the application will constitute notice to the party.  All future filings in this
11   action are subject to the requirements contained in Northern District of California General Order
12   No. 45, Electronic Case Filing.

14   DATED: September 10, 2010.



[PROPOSED] ORDER GRANTING PRO HAC    1    CASE NO. C 05-03740 WHA
VICE APPLICATION OF EVA DIETZ
SF/1720712v1