FREDERICK G. HEROLD (State Bar No. 229239)
RICHARD J. CUTLER  (State Bar No. 146180)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone:     650.813.4800
Facsimile:     650.813.4848
frederick.herold@dechert.com
richard.cutler@dechert.com

Attorneys for Defendant SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.,<br><br>Defendants. | Case No.  C-05-3740 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING A ONE-DAY EXTENSION FROM THE STAGE TWO DISCOVERY CUT-OFF FOR THE DEPOSITION OF A FORMER GSK EMPLOYEE |

This Court, having considered an unopposed letter request from counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") concerning the deadline for Plaintiffs' completion of the deposition of retired GSK employee Nancy Kuhn, hereby ORDERS that:

Plaintiffs and GSK are granted a one-day extension of the "Stage Two" deposition discovery deadline of September 30, 2010 that was set in the Court's July 9, 2010 Order, so that Nancy Kuhn may be deposed by Plaintiffs on October 1, 2010.

[~~PROPOSED~~] ORDER
Case No. C-05-03740-WHA

13892156

1 **IT IS SO ORDERED.**

2

3

4   Dated: <u>September 20</u>, 2010      _____
                                          Honorable William H. Alsup
5                                         United States District Judge

6