IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRA USA, INC., ASTRAZENECA PHARMACEUTICALS LP, AVENTIS PHARMACEUTICALS INC., BAYER CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, PFIZER INC., SCHERING-PLOUGH CORPORATION, TAP PHARMACEUTICAL PRODUCTS INC., ZENECA INC., ZLB BEHRING, LLC, SMITHKLINE BEECHAM CORPORATION, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, WYETH, INC., WYETH PHARMACEUTICALS INC.,<br><br>    Defendants.<br>_____ / | No. C 05-03740 WHA<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiffs filed a motion to compel production of defendants' stage one discovery (Dkt. No. 722). Plaintiffs brought the motion against all defendants except for Astra USA, Inc.; Zeneca Inc.; and AstraZeneca Pharmaceuticals LP. Pursuant to Civil Local Rule 7-3, any brief in opposition to plaintiffs' motion was due on September 16, 2010. Three defendants filed timely oppositions to the motion: Pfizer Inc.; TAP Pharmaceutical Products Inc.; and Bristol-Myers Squibb Company. No other defendant joined or filed an opposition.

Defendants Aventis Pharmaceuticals Inc.; Bayer Corporation; Merck and Co., Inc. (f/k/a Schering-Plough Corporation); ZLB Behring, LLC; Smithkline Beecham Corporation; Smithkline Beecham Corporation d/b/a Glaxo Smithkline; Wyeth, Inc.; and Wyeth Pharmaceuticals Inc. are hereby **ORDERED TO SHOW CAUSE BY NOON ON WEDNESDAY, SEPTEMBER 22**, why they failed to file an opposition and why plaintiffs' motion should not be granted as to them. This order to show cause does not constitute permission to file a late opposition. If no response to this order is received by the September 22 deadline, or an inadequate response is provided, the motion to compel will likely be granted as to these defendants.

**IT IS SO ORDERED.**

Dated: September 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE