UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRA USA, INC., et al.<br><br>Defendants. | CASE NO. C-05-03740 (WHA)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AVENTIS PHARMACEUTICALS INC.'S REQUEST FOR LEAVE TO FILE AN ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE AUGUST 31, 2010 HEARING TRANSCRIPT IF SUCH A TRANSCRIPT IS ORDERED |

[PROPOSED] ORDER FOR LEAVE TO FILE ADMINISTRATIVE MOTION TO SEAL
CASE NO. C 05-03740 WHA

192956 v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Aventis Pharmaceuticals Inc. ("API") has requested leave to file an administrative motion to seal portions of the transcript of the August 31, 2010 hearing, if such a transcript is ordered. Upon consideration of all the papers filed in connection therewith, this Court GRANTS API's request, and ORDERS that should a transcript of the August 31, 2010 hearing be ordered and prepared, API will be given leave at that time to file an administrative motion to seek the sealing of those portions of the August 31 hearing transcript that refer to Exhibit 3. IT IS SO ORDERED.

Dated: September 20, 2010.

By: _____
The Honorable William H. Alsup

1

[PROPOSED] ORDER FOR LEAVE TO FILE ADMINISTRATIVE MOTION TO SEAL
CASE NO. C 05-03740 WHA

192956 v1