1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14 | THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ, on Behalf of Itself and All Others Similarly Situated,

15

16

17          Plaintiffs,

18     v.

19 ASTRA USA, INC., et al.,

20          Defendants.

21

Case No. C 05-03740 WHA

**STIPULATION AND [~~PROPOSED~~]
ORDER STAYING ACTION PENDING
DECISION FROM U.S. SUPREME
COURT**

22
23
24
25
26
27
28

1    WHEREAS, on April 21, 2010, defendants filed a petition for a writ of certiorari in the

2  United States Supreme Court, Case No. 09-1273, from a decision of the United States Court of

3  Appeals for the Ninth Circuit in Case No. 06-16471; and

4    WHEREAS, on September 28, 2010, the United States Supreme Court granted the writ of

5  certiorari;

6    NOW, THEREFORE, the parties hereby stipulate and agree that this action shall be stayed

7  pending the resolution of Case No. 09-1273 in the United States Supreme Court.  Counsel for

8  defendants Astra USA, Inc., AstraZeneca Pharmaceuticals, LP and Zeneca Inc. will inform this

9  Court within three days of the issuance of the Supreme Court's opinion, and the Court shall

10  schedule a Case Management Conference in this action within two weeks thereafter.

11    IT IS SO STIPULATED.

12  Dated:  September 29, 2010          ARNOLD & PORTER LLP

13                                      By____/s/ Sharon D. Mayo
                                          Sharon D. Mayo
14                                        Attorneys for Defendants Astra USA, Inc.,
                                          AstraZeneca Pharmaceuticals LP, and Zeneca, Inc.
15
    Dated:  September 29, 2010          MORGAN, LEWIS & BOCKIUS LLP
16
                                        By____/s/ Brian W. Shaffer
17                                        Brian W. Shaffer
                                          Attorneys for Defendant Pfizer, Inc.
18
    Dated:  September 29, 2010          SHOOK, HARDY & BACON LLP
19
                                        By____/s/ Robert J. McCully
20                                        Robert J. McCully
                                          Attorneys for Defendants ZLB Behring, LLC and
21                                        Aventis Pharmaceuticals, Inc.

22  Dated:  September 29, 2010          SIDLEY AUSTIN LLP

23                                      By____/s/ Scott D. Stein
                                          Scott D. Stein
24                                        Attorneys for Defendant Bayer Corp.

25  Dated:  September 29, 2010          PILLSBURY WINTHROP SHAW PITTMAN LLP

26                                      By____/s/ Kirke M. Hasson
                                          Kirke M. Hasson
27                                        Attorneys for Defendant Merck & Co., Inc.
                                          (f/k/a/ Schering-Plough Corporation)
28

- 1 -

1    Dated:  September 29, 2010                    DECHERT LLP

2                                                  By_____/s/ Frederick G. Herrold
                                                       Frederick G. Herrold
3                                                      Attorneys for Defendants Smithkline Beecham
                                                       Corporation and Smithkline Beecham Corporation
4                                                      d/b/a/ Glaxo Smithkline

5    Dated:  September 29, 2010                    OBER, KALER, GRIMES & SHRIVER, A.P.C.

6                                                  By_____/s/ Kelly J. Davidson
                                                       Kelly J. Davidson
7                                                      Attorneys for Defendants Wyeth, Inc. and Wyeth
                                                       Pharmaceuticals Inc.
8
     Dated:  September 29, 2010                    HOGAN LOVELLS US LLP
9
                                                   By_____/s/ Lyndon M. Tretter
10                                                     Lyndon M. Tretter
                                                       Attorneys for Defendant Bristol-Myers Squibb
11                                                     Company

12   Dated:  September 29, 2010                    JONES DAY

13                                                 By_____/s/ Peter N. Larson
                                                       Peter N. Larson
14                                                     Attorneys for Defendants TAP Pharmaceutical
                                                       Products Inc., n/k/a Takeda Pharmaceuticals North
15                                                     America, Inc.

16   Dated:  September 29, 2010                    ROBBINS GELLER RUDMAN & DOWN LLP

17                                                 By_____/s/ Jeffrey W. Lawrence
                                                       Jeffrey W. Lawrence
18                                                     Attorneys for Plaintiffs County of Santa Clara and
                                                       County of Santa Cruz
19
     Dated:  September 29, 2010                    OFFICE OF THE COUNTY COUNSEL, COUNTY
20                                                 OF SANTA CLARA

21                                                 By_____/s/ Greta S. Hansen
                                                       Greta S. Hansen
22                                                     Acting Lead Deputy County Counsel

23
             GOOD CAUSE APPEARING,
24
             IT IS SO ORDERED.
25

26   Dated:  September 30, 2010.                   _____
                                                       Hon. William H. Alsup
27                                                     United States District Judge

28

- 2 -
[STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING DECISION
FROM U.S. SUPREME COURT - Case No. C-05-03740-WHA