UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>  vs.<br><br>ASTRA USA, INC., et al.,<br><br>                   Defendants. | No. C-05-03740-WHA<br><br><u>CLASS ACTION</u><br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE COUNTY OF SANTA CRUZ; [~~PROPOSED~~] ORDER |

1  TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that Jeffrey W. Lawrence, Esq., of the Lawrence Law Firm,

3  hereby substitutes for and replaces Robbins Geller Rudman & Dowd LLP as counsel of record for

4  plaintiff The County of Santa Cruz in the above-captioned action.

5  DATED:  May 12, 2011                         THE LAWRENCE LAW FIRM
                                                JEFFREY W. LAWRENCE (166806)
6

7
                                                          /s/
8                                               ─────────────────────────────
                                                      JEFFREY W. LAWRENCE
9
                                                201 Sansome Street, Suite 1001
                                                San Francisco, CA  94104
10                                              Telephone:  415/725-7973
                                                415/454-2348 (fax)
11                                              jeffreyl@jlawrencelaw.com

12        I consent to the above substitution of counsel.

13 DATED:  May 12, 2011                         ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
14                                              AELISH M. BAIG
                                                DANIEL J. PFEFFERBAUM
15

16
                                                          /s/
17                                              ─────────────────────────────
                                                      AELISH M. BAIG

18                                              Post Montgomery Center
                                                One Montgomery Street, Suite 1800
19                                              San Francisco, CA  94104
                                                Telephone:  415/288-4545
20                                              415/288-4534 (fax)

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE COUNTY OF SANTA CRUZ;
[~~PROPOSED~~] ORDER - C-05-03740-WHA                                                          - 1 -

1   I consent to the above substitution of counsel.

2   DATED: May 12, 2011                      OFFICE OF SANTA CRUZ COUNTY
                                                COUNSEL
3                                             DANA M. McRAE

4

5                                                         /s/
                                             ─────────────────────────────
                                                    DANA M. McRAE
6
                                             701 Ocean Street, Suite 505
7                                            Santa Cruz, CA  95060
                                             Telephone:  831/454-2040
8                                            831/454-2115 (fax)

9                                            County Counsel for
                                             The County of Santa Cruz
10

11

12

13

14

15   The Clerk shall terminate counsel from Robbins Geller Rudman & Dowd LLP, and add
     Jeffrey W. Lawrence, of the Lawrence Law Firm, as counsel of record for plaintiff the
16   County of Santa Cruz on the docket in this case.

17   IT IS SO ORDERED.

18   DATED: May 13, 2011.                    ─────────────────────────────
19                                           THE HONORABLE WILLIAM H. ALSUP
                                             UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE COUNTY OF SANTA CRUZ;
~~[PROPOSED]~~ ORDER - C-05-03740-WHA                                          - 2 -