1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ,   )<br>)<br>)<br>Plaintiffs,   )<br>       v.                                           )<br>                                                         )<br>ASTRA USA, INC., et. al.              )<br>                                                         )<br>                          Defendants.  )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         ) | Case No. C 05-03740 WHA<br><br>**ORDER RE-SETTING HEARING DATE AND SETTING BRIEFING SCHEDULE ON THE COUNTY OF SANTA CRUZ'S JUNE 2, 2011 MOTION TO ALLOW DISCLOSURE OF DISCOVERY PRODUCED IN THIS ACTION TO THE GOVERNMENT FOR USE IN OTHER ACTIONS TO BE FILED UNDER SEAL** |

STIPULATION AND [PROPOSED] ORDER THEREON

## [~~PROPOSED~~] ORDER

This Court, having considered the foregoing Stipulation, hereby GRANTS the Stipulation and ORDERS that:

1. A hearing on Plaintiff's June 2, 2011 Motion shall be held on July 21, 2011 at 2:00 p.m., and the current July 7, 2011 hearing date vacated;

2. Defendants' opposition to Plaintiff's June 2, 2011 Motion will be filed no later than June 28, 2011; and

3. Plaintiff's Reply in support of the June 2, 2011 Motion will be filed no later than July 7, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 14, 2011.

_____
Honorable William H. Alsup
United States District Judge