**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRA USA, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 05-03740 WHA<br><br>**NOTICE REGARDING<br>JULY 21 HEARING** |

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

Dated: July 18, 2011.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE