IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE COUNTY OF SANTA CLARA, *et al.*,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

  v.

ASTRA USA, INC., *et al.*,

    Defendants.

No. C 05-03740 WHA

**ORDER VACATING
JULY 21 HEARING**

    The hearing on plaintiff Santa Cruz County's motion "for an order modifying the Protective Order permitting the disclosure of evidence produced in this action to the government for us[e] in connection[] with the filing of an action (or actions) under seal" on July 21 is **VACATED**. The motion will be decided based on the briefs.

    **IT IS SO ORDERED.**

Dated: July 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE