ORIGINAL

THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE (166806)
201 Sansome Street, Suite 1001
San Francisco, CA 94104
Telephone: 415/725-7973
415/454-2348 (fax)
jeffreyl@jlawrencelaw.com

OFFICE OF SANTA CRUZ COUNTY
  COUNSEL
DANA M. McRAE (142231)
701 Ocean Street, Suite 505
Santa Cruz, CA 95060
Telephone: 831/454-2040
831/454-2115 (fax)
CSL001@co.santa-cruz.ca.us

Attorneys for Plaintiff The County of Santa Cruz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTRA USA, INC., et al., <br><br> Defendants. | No. C-05-03740-WHA <br><br> CLASS ACTION <br><br> PLAINTIFF THE COUNTY OF SANTA CRUZ'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

FILED
2011 AUG 22 P 3: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE IS HEREBY GIVEN that plaintiff The County of Santa Cruz, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiff Santa Cruz County's Motion to Allow Disclosure of Discovery Produced in This Action to the Government for Use in False Claims Act Action, entered on July 20, 2011.

DATED: August 22, 2011

THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE

JEFFREY W. LAWRENCE

201 Sansome Street, Suite 1001
San Francisco, CA 94104
Telephone: 415/725-7973
415/454-2348 (fax)

OFFICE OF SANTA CRUZ COUNTY
   COUNSEL
DANA M. McRAE
701 Ocean Street, Suite 505
Santa Cruz, CA 95060
Telephone: 831/454-2040
831/454-2115 (fax)

Attorneys for Plaintiff The County of Santa Cruz

PLTF THE COUNTY OF SANTA CRUZ'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2
REPRESENTATION STATEMENT - C-05-03740-WHA

- 1 -

## RULE 3-2 REPRESENTATION STATEMENT

1.      Plaintiff-appellant is The County of Santa Cruz, which is represented on appeal by:

THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE (166806)
201 Sansome Street, Suite 1001
San Francisco, CA  94104
Telephone:  415/725-7973

2.      Defendants-appellees include Astra USA, Inc., Smithkline Beecham Corporation, Wyeth Pharmaceuticals Inc., Wyeth Inc., Bayer Corporation, Bristol-Myers Squibb Company, TAP Pharmaceutical Products Inc., Merck & Co., Inc., AstraZeneca Pharmaceuticals LP, Zeneca Inc., Pfizer Inc., Aventis Pharmaceuticals Inc. and ZLB Behring, LLC, who are represented by:

Astra USA, Inc.
Sharon Douglass Mayo
Arnold & Porter LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111-3711
Telephone:  415/356-3000

SmithKline Beecham Corporation
Frederick G. Herold
Richard J. Cutler
Dechert LLP
2440 West El Camino Real, Suite 700
Mountain View, CA  94040-1499
Telephone:  650/813-4800

Aventis Pharmaceuticals Inc.
ZLB Behring, LLC
Alicia J. Donahue
Shook, Hardy & Bacon, L.L.P.
One Montgomery Street, Suite 2700
San Francisco, CA  94104-4505
Telephone:  415/544-1900

Pfizer Inc.
Molly Moriarty Lane
Karin Krattli Salameh
Morgan, Lewis & Bockius LLP
Spear Street Tower
One Market Plaza, 23rd Floor
San Francisco, CA  94105
Telephone:  415/442-1000

TAP Pharmaceutical Products Inc.
Peter N. Larson
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  415/626-3939

Bristol-Myers Squibb Company
Steven M. Edwards
Lyndon M. Tretter
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
Telephone:  212/918-3000

Bayer Corporation
Samuel R. Miller
Ryan M. Sandrock
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:  415/772-1200

Merck & Co., Inc.
Kirke M. Hasson
Colin T. Kemp
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228
Telephone:  415/983-1000

PLTF THE COUNTY OF SANTA CRUZ'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2
REPRESENTATION STATEMENT - C-05-03740-WHA
- 2 -

Wyeth Pharmaceuticals
Wyeth, Inc.
Stuart M. Gordon
Fletcher C. Alford
Gordon and Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415-986-5900

DATED:  August 22, 2011

Astra USA, Inc.
AstraZeneca Pharmaceuticals LP
Zeneca Inc.
Paul J. Riehle
Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, Eighth Floor
San Francisco, CA  94105
Telephone:  415/781-7900

THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE

JEFFREY W. LAWRENCE

201 Sansome Street, Suite 1001
San Francisco, CA  94104
Telephone:  415/725-7973
415/454-2348 (fax)

OFFICE OF SANTA CRUZ COUNTY
   COUNSEL
DANA M. McRAE
701 Ocean Street, Suite 505
Santa Cruz, CA  95060
Telephone:  831/454-2040
831/454-2115 (fax)

Attorneys for Plaintiff The County of Santa Cruz

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2.      That on August 22, 2011, declarant served the **PLAINTIFF THE COUNTY OF SANTA CRUZ'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 22, 2011, at San Francisco, California.

_____
DEBORAH R. DASH

PLTF THE COUNTY OF SANTA CRUZ'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2
REPRESENTATION STATEMENT - C-05-03740-WHA                                    - 2 -

340B DRUG DISCOUNT

Service List - 8/22/2011   (05-0171)

Page 1 of 3

## Counsel for Defendants

Sharon Douglass Mayo
Arnold & Porter LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111-3711
  415/356-3000
  415/356-3099(Fax)


Frederick G. Herold
Richard J. Cutler
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
  650/813-4800
  650/813-4848(Fax)


Valerie M. Wagner
GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
  650/428-3900
  650/428-3901(Fax)


Steven M. Edwards
Lyndon M. Tretter
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022
  212/918-3000
  212/918-3100(Fax)


Lisa S. Blatt
Jeffrey L. Handwerker
Robert A. Schwartz
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
  202/942-5000
  202/942-5999(Fax)


Thomas A. Cunniff
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
  609/896-3600
  609/896-1469(Fax)


Stuart M. Gordon
Fletcher C. Alford
Gordon and Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
  415/986-5900
  415/986-8054(Fax)


Peter N. Larson
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
  415/626-3939
  415/875-5700(Fax)

340B DRUG DISCOUNT

Service List - 8/22/2011   (05-0171)

Page 2 of 3

James R. Daly
Carol Geisler
Abby Wakefield
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
    312/782-3939
    312/782-8585(Fax)

Brian W. Shaffer
Erica Smith-Klocek
Diana P. Cortes
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
    215/963-5000
    215/963-5001(Fax)

Kirke M. Hasson
Colin T. Kemp
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
    415/983-1000
    415/983-1200(Fax)

Paul J. Riehle
Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
    415/781-7900
    415/781-2635(Fax)

Molly Moriarty Lane
Karin Krattli Salameh
Morgan, Lewis & Bockius LLP
Spear Street Tower
One Market Plaza, 23rd Floor
San Francisco, CA 94105
    415/442-1000
    415/442-1001(Fax)

Kelly J. Davidson
Stephen Craig Holden
Matthew T. Vocci
Ober, Kaler, Grimes & Shriver, A P.C.
100 Light Street
Baltimore, MD 21202
    410/685-1120
    410/547-0699(Fax)

Wayne C. Matus
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
    212/858-1774

Alicia J. Donahue
Shook, Hardy & Bacon, L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
    415/544-1900
    415/391-0281(Fax)

340B DRUG DISCOUNT

Service List - 8/22/2011   (05-0171)

Page 3 of 3

James P. Muehlberger
Robert J. McCully
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
   816/474-6550
   816/421-2708(Fax)

Richard D. Raskin
Scott D. Stein
Jaime L. M. Jones
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
   312/853-7000
   312/853-7036(Fax)

Samuel R. Miller
Ryan M. Sandrock
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
   415/772-1200
   415/772-7400(Fax)

### Counsel for Plaintiffs

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
   206/623-7292
   206/623-0594(Fax)

Aelish M. Baig
Daniel J. Pfefferbaum
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
   415/288-4545
   415/288-4534(Fax)

Miguel Marquez
Greta Hansen
Santa Clara County Clerk
70 W. Hedding Street
1st Floor, East Wing
San Jose, CA  95110
   408/299-5900
   408/292-7240(Fax)

Dana M. McRae
Santa Cruz County Counsel
701 Ocean Street, Suite 505
Santa Cruz, CA  95060
   831/454-2040
   831/454-2115(Fax)