SEDGWICK LLP
PAUL J. RIEHLE  (Bar No. 115199)
MATTHEW A. FISCHER  (Bar No. 191451)
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone:  (415) 781-7900
Facsimile:   (415) 781-2635
*Email:  paul.riehle@sedgwicklaw.com*
*Email:  matthew.fischer@sedgwicklaw.com*

HOGAN LOVELLS US LLP
LYNDON M. TRETTER (*Admitted Pro Hac Vice*)
STEVEN M. EDWARDS (*Admitted Pro Hac Vice*)
DENNIS M. QUINIO (*Admitted Pro Hac Vice*)
875 Third Avenue, Suite 2600
New York, NY  10012
Telephone:  (212) 918-3000
Facsimile:   (212) 918-3100
*Email:  lmtretter@hoganlovells.com*
*Email:  smedwards@hoganlovells.com*
*Email: dmquinio@hoganlovells.com*

Attorneys for Defendant Bristol-Myers Squibb Company
*and on behalf of All Defendants for purposes of this filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SANTA CLARA and THE COUNTY OF SANTA CRUZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintifs,<br><br>     v.<br><br>ASTRA USA, INC., et. al.<br><br>                              Defendants. | Case No. C 05-03740 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>The Honorable William Alsup |

1   IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear its own attorneys' fees and costs of suit.  This shall be considered the final termination of this litigation for purposes of Paragraph 23 of the Stipulation and Protective Order filed on May 8, 2006 ("Protective Order").

IT IS FURTHER STIPULATED, that Paragraph 23 of the Protective Order is hereby amended to delete the provision allowing Plaintiffs and/or their counsel to retain certain documents and materials from this Action after its termination, and to provide in its stead that, within thirty (30) days of entry of the accompanying proposed Order, Plaintiffs and their attorneys shall return or destroy all documents and discovery material produced by Defendants and designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order, including all materials that Plaintiffs' counsel would have been permitted to keep under paragraph 23 of the Protective Order.  Plaintiffs and their attorneys each shall certify that each has returned or destroyed all such documents and discovery materials by providing to Defendants' counsel a signed declaration under oath within thirty (30) days of the entry of the accompanying proposed Order.

IT IS SO STIPULATED.

DATED:  February 27, 2012

SEDGWICK LLP
PAUL J. RIEHLE

     /s/  Paul Riehle

333 Bush Street, 30th Floor
San Francisco, CA 94104
Tel.:  415.781.7900 / Fax:  415.781.2635

HOGAN LOVELLS US LLP
LYNDON M. TRETTER
75 Third Avenue, Suite 2600
New York, NY  10012
Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE                              USDC Case No. C 05-3740 WHA
AND [~~PROPOSED~~] ORDER

SF/2348093v1

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2012 | THE LAWRENCE LAW FIRM<br>JEFFREY W. LAWRENCE |
| 2 | | |
| 3 | | /s/  Jeffrey W. Lawrence |
| 4 | | 201 Sansome Street, Suite 1001<br>San Francisco, CA 94104<br>Phone: (415) 725-7973<br>Fax: (415) 454-2348<br>jeffrey@jlawrencelaw.com |
| 5 | | |
| 6 | | |
| 7 | | OFFICE OF SANTA CRUZ COUNTY<br>    COUNSEL<br>DANA M. McRAE<br>701 Ocean Street, Suite 505<br>Santa Cruz, CA  95060<br>Telephone:  831/454-2040<br>831/454-2115 (fax) |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>THE COUNTY OF SANTA CRUZ |
| 12 | | |
| 13 | | |
| 14 | DATED:  February 27, 2012 | AELISH M. BAIG<br>ROBBINS GELLER RUDMAN & DOWD LLP |
| 15 | | |
| 16 | | /s/  Aelish M. Baig |
| 17 | | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>abaig@csgrr.com |
| 18 | | |
| 19 | | |
| 20 | | OFFICE OF SANTA CLARA<br>    COUNTY COUNSEL<br>MIGUEL MÁRQUEZ<br>TAMARA LANGE<br>GRETA HANSEN<br>70 West Hedding Street<br>9th Floor East Wing<br>San Jose, CA  95110<br>Telephone:  408/299-5900<br>408/292-7240 (fax) |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | Attorneys for Plaintiff<br>THE COUNTY OF SANTA CLARA |
| 27 | | |
| 28 | | |

STIPULATION FOR DISMISSAL WITH PREJUDICE                                 USDC Case No. C 05-3740 WHA
AND [PROPOSED] ORDER

SF/2348093v1

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2012 | DECHERT LLP<br>FREDERICK G. HEROLD |

                /s/  Frederick G. Herold

2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone:     (650) 813-4800
Facsimile:      (650) 813-4848

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

DATED:  February 27, 2012      SHOOK, HARDY & BACON LLP
ROBERT J. MCCULLY
ALICIA J. DONAHUE
INA D. CHANG

                /s/  Robert J. McCully

One Montgomery, Suite 2700
San Francisco, California 94104-4505
P: 415-544-1900/F: 415-391-0281

Attorneys for Defendants
AVENTIS PHARMACEUTICALS INC.
AND ZLB BEHRING LLC

DATED:  February 27, 2012      ARNOLD & PORTER LLP
SHARON D. MAYO

                /s/  Sharon D. Mayo

One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: 415.356.3000
Facsimile: 415.356.3099

JEFFREY L. HANDWERKER
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: 202.942.5000

Attorneys for Defendants
ASTRA USA, INC.; ZENECA INC;
ASTRAZENECA PHARMACEUTICALS LP

3

STIPULATION FOR DISMISSAL WITH PREJUDICE      USDC Case No. C 05-3740 WHA
AND [PROPOSED] ORDER

SF/2348093v1

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2012 | SIDLEY AUSTIN LLP |
| 2 | | SAMUEL R. MILLER |
| | | 555 California Street, Suite 200 |
| | | San Francisco, CA 94104-1715 |
| | | Telephone: 415.772.1200 |
| | | Facsimile: 415.772.7400 |

RICHARD D. RASKIN
SCOTT D. STEIN

           /s/  Scott Stein

One South Dearborn Street
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

Attorneys for Defendant
BAYER CORPORATION


DATED:  February 27, 2012          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                   KIRKE M. HASSON
                                   COLIN T. KEMP

                                           /s/  Kirke Hasson

                                   50 Fremont Street
                                   P.O. Box 7880
                                   San Francisco, CA 94120-7880
                                   Telephone:  415/983-1000
                                   415/983-1200 (fax)

                                   Attorneys for Defendant
                                   MERCK & CO., INC. (F/K/A SCHERING-PLOUGH CORPORATION)

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br>MOLLY M. LANE |
| 2 | | |
| 3 | | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel.: 415.442.1000 / Fax: 415.442.1001 |
| 4 | | |
| 5 | | BRIAN W. SHAFFER<br>JENNIFER B. JORDAN |
| 6 | | |
| 7 | | _____/s/  Brian W. Shaffer_____ |
| 8 | | 1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: 215.963.5000 |
| 9 | | Facsimile: 215.963.5001 |
| 10 | | Attorneys for Defendant<br>PFIZER INC. |
| 13 | | |
| 14 | DATED:  February 27, 2012 | JONES DAY<br>PETER N. LARSON |
| 15 | | |
| 16 | | _____/s/  Peter N. Larson_____ |
| 17 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel.:  415.626.3939  / Fax:  415.875.5700 |
| 18 | | |
| 19 | | Attorneys for Defendant<br>TAP PHARMACEUTICAL PRODUCTS INC. |

5

STIPULATION FOR DISMISSAL WITH PREJUDICE                          USDC Case No. C 05-3740 WHA
AND [PROPOSED] ORDER

| | |
|---|---|
| DATED:  February 27, 2012 | GORDON & REES LLP<br>FLETCHER C. ALFORD<br><br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Tel.: 415.986.5900 / Fax:  415.986.8054<br><br>OBER KALER GRIMES & SHRIVER PC<br>S. CRAIG HOLDEN<br>KELLY J. DAVIDSON<br><br>_____/s/  Kelly Davidson_____<br><br>120 East Baltimore Street<br>Baltimore, MD 21202<br>Telephone: 410.685.1120<br>Facsimile: 410.547.0699<br><br>Attorneys for Defendant<br>WYETH, INC. and WYETH<br>PHARMACEUTICALS, INC. |

I, Paul Riehle, am the ECF User whose ID and password are being used to file this Stipulation for Dismissal with Prejudice, and [Proposed] Order Thereon.  In compliance with General Order No. 45, X.B., I hereby attest that counsel identified above have concurred in this filing.

                                                  _____/s/  Paul J. Riehle_____<br>
                                                  PAUL J. RIEHLE

STIPULATION FOR DISMISSAL WITH PREJUDICE        USDC Case No. C 05-3740 WHA<br>
AND [PROPOSED] ORDER

SF/2348093v1

## ~~[PROPOSED]~~ ORDER

This Court, having considered the Stipulation for Dismissal with Prejudice, hereby ORDERS that this action be and hereby is DISMISSED WITH PREJUDICE with each party to bear it own attorneys' fees and costs of suit.

IT IS FURTHER ORDERED, that Paragraph 23 of the Stipulation and Protective Order filed on May 8, 2006 ("Protective Order") is hereby amended to delete the provision allowing Plaintiffs and/or their counsel to retain certain documents and materials from this Action after its termination, and to provide in its stead that, within thirty (30) days of entry of this Order, Plaintiffs and their attorneys shall return or destroy all documents and discovery material produced by Defendants and designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order, including all materials that Plaintiffs' counsel would have been permitted to keep under paragraph 23 of the Protective Order. Plaintiffs and their attorneys each shall certify that each has returned or destroyed all such documents and discovery materials by providing to Defendants' counsel a signed declaration under oath within thirty (30) days of the entry of the this order.

**IT IS SO ORDERED.**



Dated: February 28, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE